B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Adams, Gregory James** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2999** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2951 Yucca Ct.**<br>**Palm Harbor, FL**<br>ZIP Code **34684** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Adams, Gregory James** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:    **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **Sovereign International Asset Management, Inc.** | Case Number: <br> **12-09978** | Date Filed: <br> **6/28/12** |
| District: <br> **Middle District** | Relationship: | Judge: <br> **McEwen** |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>      Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                     **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Adams, Gregory James** |

<b>Signatures</b>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gregory James Adams**
Signature of Debtor **Gregory James Adams**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 15, 2013**
Date

**Signature of Attorney***

X **/s/ Joryn Jenkins**
Signature of Attorney for Debtor(s)

**Joryn Jenkins 366072**
Printed Name of Attorney for Debtor(s)

**Joryn Jenkins & Associates**
Firm Name

**3839 West Kennedy Blvd.**
**Tampa, FL 33609**
_____
Address

**Email: joryn@jorynjenkinslaw.com**
**813-870-3839 Fax: 813-877-3839**
Telephone Number

**May 15, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Gregory James Adams**

Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                           Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Gregory James Adams**
                                 **Gregory James Adams**

Date:   **May 15, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Gregory James Adams**

_____,
                                    Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 80,032.00 | | |
| B - Personal Property | Yes | 4 | 39,900.05 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 113,931.98 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 68 | | 75,524,414.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,415.91 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,602.25 |
| Total Number of Sheets of ALL Schedules | | 83 | | | |
| Total Assets | | | 119,932.05 | | |
| Total Liabilities | | | | 75,638,346.77 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Gregory James Adams**                                                          ,        Case No. _____

                                                 Debtor

                                                                                              Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Gregory James Adams**                         ,      Case No. _____
                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence**<br>**2951 Yucca Ct.**<br>**Palm Harbor, FL**<br>**Value taken from Zillow 4-8-13** | **Tenants by the Entirety** | J | 76,532.00 | 92,717.00 |
| **Timeshare - CA**<br>**Marriott Shadow Ridge**<br>**9003 Shadow Ridge Rd.**<br>**Palm Desert, CA 92211** | | J | 2,000.00 | 0.00 |
| **Timeshare - FL**<br>**Marriott Sabal Palms**<br>**8805 World Center Dr.**<br>**Orlando, FL 32821** | | J | 1,500.00 | 3,227.00 |

| | | |
|---|---|---|
| Sub-Total > | 80,032.00 | (Total of this page) |
| Total > | 80,032.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re     **Gregory James Adams**                                                                    ,     Case No. _____
                                            **Debtor**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BB&T checking account | J | 8.94 |
| | | | Schwab brokerage account | H | 54.20 |
| | | | State Farm Federal Credit Union Remaining balance applied to loans. | H | 0.00 |
| | | | Hancock Bank - Greg Adams Insurance, Inc. | H | 61.30 |
| | | | First Niagra checking account - Greg Adams Insurance Agency, Inc. PO Box 1237 S. Windsor, CT 06074 | H | 450.20 |
| | | | Hancock Bank Sheffield Capital Management, LLC | H | 50.00 |
| | | | Hancock Bank - Checking | J | 83.36 |
| | | | Schwab Bank - checking | H | 105.13 |
| | | | Folio Institutional Acct IA0130100E SPW 8180 Greensboro Dr., 8th FL McLean, VA 22102 | H | 84.39 |
| | | | Hancock Bank - SPW | H | 22.44 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | 2 couches; 1 love seat; 1 poker table & chairs; 2 flat screen TVs; 1 piano; 1 dresser; 1 king bed; 2 night stands; 1 armour | J | 995.00 |

Sub-Total >          **1,914.96**
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gregory James Adams**                                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books -  5 hardback; 10 paperback Residence** | H | 10.00 |
| 6.  Wearing apparel. | | **47 shirts; 5 suits; 3 sportcoats; 15 pants; 5 shoes** | H | 122.00 |
| 7.  Furs and jewelry. | | **Wedding band Pawn shop val** | H | 90.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Golf clubs** | H | 50.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **State Farm whole life insurance** | H | 20.86 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA - Sheffield Capital Partners** | H | 50.30 |
| | | **Schwab - Roth IRA** | H | 8,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sovereign Private Wealth** | H | 450.00 |
| | | **1 desk- $100; 2 desktop computers - $100; 1 laptop - $100; 1 server - $100; telephone system - $50;** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >          **8,793.16**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gregory James Adams**                                          ,          Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **PNC health savings account** | H | 2,191.93 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Range Rover (owned by SPW)** | H | 27,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

|  | Sub-Total > | 29,191.93 |
|---|---|---|
|  | (Total of this page) | |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Gregory James Adams** _____,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Sheffield, LLC (Nevis) - SPW - no assets** **Sheffield Fund Limited (BVI) - Greg Adams - no value** **Sheffield Ventures, LLC (US) - SCM - No assets** | H | **0.00** |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **39,900.05** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Gregory James Adams**                                                    ,    Case No. _____
                                                                        Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Timeshare - CA** | 11 U.S.C. § 522(b)(3)(B) | 2,000.00 | 2,000.00 |
| **Marriott Shadow Ridge** | | | |
| **9003 Shadow Ridge Rd.** | | | |
| **Palm Desert, CA 92211** | | | |
| **Timeshare - FL** | 11 U.S.C. § 522(b)(3)(B) | 0.00 | 1,500.00 |
| **Marriott Sabal Palms** | | | |
| **8805 World Center Dr.** | | | |
| **Orlando, FL 32821** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **BB&T checking account** | Fla. Const. art. X, § 4(a)(2) | 8.94 | 8.94 |
| **Schwab brokerage account** | Fla. Const. art. X, § 4(a)(2) | 54.20 | 54.20 |
| **Hancock Bank - Greg Adams Insurance, Inc.** | Fla. Const. art. X, § 4(a)(2) | 61.30 | 61.30 |
| **First Niagra checking account - Greg Adams Insurance Agency, Inc.** | Fla. Const. art. X, § 4(a)(2) | 450.20 | 450.20 |
| **PO Box 1237** | | | |
| **S. Windsor, CT 06074** | | | |
| **Hancock Bank** | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **Sheffield Capital Management, LLC** | | | |
| **Schwab Bank - checking** | Fla. Const. art. X, § 4(a)(2) | 105.13 | 105.13 |
| **Folio Institutional Acct IA0130100E** | Fla. Const. art. X, § 4(a)(2) | 84.39 | 84.39 |
| **SPW** | | | |
| **8180 Greensboro Dr., 8th FL** | | | |
| **McLean, VA 22102** | | | |
| **Hancock Bank - SPW** | Fla. Const. art. X, § 4(a)(2) | 22.44 | 22.44 |
| **Wearing Apparel** | | | |
| **47 shirts; 5 suits; 3 sportcoats; 15 pants; 5 shoes** | Fla. Stat. Ann. § 222.25(4) | 122.00 | 122.00 |
| **Furs and Jewelry** | | | |
| **Wedding band** | Fla. Stat. Ann. § 222.25(4) | 90.00 | 90.00 |
| **Pawn shop val** | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Golf clubs** | Fla. Stat. Ann. § 222.25(4) | 50.00 | 50.00 |
| **Interests in Insurance Policies** | | | |
| **State Farm whole life insurance** | Fla. Const. art. X, § 4(a)(2) | 20.86 | 20.86 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA - Sheffield Capital Partners** | Fla. Stat. Ann. § 222.21(2) | 50.30 | 50.30 |

___**1**___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Gregory James Adams**           ,    Case No. _____

                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Schwab - Roth IRA** | **Fla. Stat. Ann. § 222.21(2)** | **8,000.00** | **8,000.00** |
| **Stock and Interests in Businesses** | | | |
| **Sovereign Private Wealth** | **Fla. Const. art. X, § 4(a)(2)** | **142.54** | **450.00** |
| **1 desk- $100; 2 desktop computers - $100; 1 laptop - $100; 1 server - $100; telephone system - $50;** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Range Rover** | **Fla. Stat. Ann. § 222.25(1)** | **1,000.00** | **27,000.00** |
| **(owned by SPW)** | **Fla. Stat. Ann. § 222.25(4)** | **3,660.00** | |
| | Total: | **15,972.30** | **40,119.76** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re **Gregory James Adams** _____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of America** <br> **PO Box 45224** <br> **Jacksonville, FL 32232** | | H | **2007 Range Rover (owned by SPW)** <br><br><br><br> Value $  **27,000.00** | | | | **17,987.98** | **0.00** |
| Account No. <br><br> **Marriott Vacations Worldwide** <br> **1200 Bartow Rd.** <br> **Suite 19** <br> **Lakeland, FL 33801** | | J | **Timeshare - FL** <br> **Marriott Sabal Palms** <br> **8805 World Center Dr.** <br> **Orlando, FL 32821** <br><br> Value $  **1,500.00** | | | | **3,227.00** | **1,727.00** |
| Account No. **xxxx8950** <br><br> **State Farm Bank** <br> **PO Box 77404** <br> **Trenton, NJ 08628** | | J | **Residence** <br> **2951 Yucca Ct.** <br> **Palm Harbor, FL** <br> **Value taken from Zillow 4-8-13** <br><br> Value $  **76,532.00** | | | | **92,717.00** | **16,185.00** |
| Account No. <br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |

| | | |
|---|---|---|
| __0__  continuation sheets attached | Subtotal <br> (Total of this page) | **113,931.98** | **17,912.00** |
| | Total <br> (Report on Summary of Schedules) | **113,931.98** | **17,912.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Gregory James Adams**                                          Case No. _____
                                                                    ,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** _____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Gregory James Adams**                                                    , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Oct 2008 Investor claim | | | | |
| Adrian & Mark VanLuven 47 Ridgewood Dr. Lakeside, MT 59922 | | H | | | | | X | X | |
| | | | | | | | | | 222,990.27 |
| Account No. | | | | | Website host | | | | |
| Advisor Products 333 Jericho Trnpke. Ste 333 Jericho, NY 11753 | | H | | | | | | | |
| | | | | | | | | | 7,000.00 |
| Account No. | | | | | Oct. 2008 Investor claim | | | | |
| Agnes Szpunar 77 North 1220 East Logan, UT 84321 | | H | | | | | X | X | |
| | | | | | | | | | 96,838.56 |
| Account No. | | | | | Oct. 2008 Investor claim | | | | |
| Al Handwerker PO Box 44 Stuart, FL 34995-0044 | | H | | | | | X | X | |
| | | | | | | | | | 1,446.28 |

_**67**_  continuation sheets attached

Subtotal
(Total of this page)                                    328,275.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                   ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Alex Dunnette<br>PO Box 73<br>Scio, OR 97374 | | H | | Oct. 2008<br>Investor claim | | X | X | 890,127.92 |
| Account No.<br><br>Alfonsia Davies (Deceased)<br>6622 Birchwood St.<br>San Diego, CA 92120 | | H | | Oct. 2008<br>Investor claim | | X | X | 233,515.12 |
| Account No.<br><br>Allen Dale Turner<br>3709 S. George Mason 416 E<br>Falls Church, VA 22041 | | H | | Investor claim | | X | X | 189,971.49 |
| Account No.<br><br>Allison & Val Coelho<br>5106 NW 125th Ave.<br>Pompano Beach, FL 33076 | | H | | Oct. 2008<br>Allison - 89,340.50<br>Val - 89,295.82<br>Investor claim | | X | X | 178,636.32 |
| Account No. xxxxxxxxxx1002<br><br>American Arbitration Assn.<br>PO Box 4155<br>Sarasota, FL 34230 | | H | | attorney's fees | | | | 10,000.00 |

Sheet no. __1__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,502,250.85**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gregory James Adams**_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Amy Abler**<br>**300 Queen Anne Ave. N 192**<br>**Seattle, WA 98109** | | H | **Oct. 2008**<br>**Roth IRA 6,135.41**<br>**Traditional IRA 14,901.84** | | X | X | 21,037.25 |
| Account No.<br><br>**Andre Michalak**<br>**1881 N. Nash St. Unit 1611**<br>**Arlington, VA 22209-1570** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 737,107.64 |
| Account No.<br><br>**Andrea Lyman**<br>**338 Syringa Hts. Rd.**<br>**Sandpoint, ID 83864** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 120,719.08 |
| Account No.<br><br>**Andrew Gay/Rombus Investment**<br>**901 E. Camion Real, 3A**<br>**Boca Raton, FL 33432** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 111,138.30 |
| Account No.<br><br>**Angela Javora**<br>**20914 Tonydale Lane**<br>**Spring, TX 77388** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 45,240.03 |

Sheet no. __**2**___ of __**67**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,035,242.30 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory James Adams**                                          ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ann M. Hoffman<br>3206 S. Osceola St.<br>Denver, CO 80236 | | H | Investor claim | | X | X | 18,048.51 |
| Account No.<br><br>Anthony Consales<br>3045 Jacks Run Rd.<br>McKeesport, PA 15131 | | H | 4/30/2009<br>Consales Chiropractic 401K<br>Crossroads International | | X | X | 922,708.00 |
| Account No.<br><br>Anthony Ferroni<br>3141 Darby Rd.<br>Keswick, VA 22947 | | H | Oct. 2008<br>AWF/SCF Holdings LLC | | X | X | 225,271.91 |
| Account No.<br><br>Anthony M. Abraham, Esq.<br>Centennial Ridge Complex<br>19 Benedict Pl.<br>Carmel, NY 10512 | | H | March 2012<br>Claimants, Donald Columbus, MD and Chrisco, Ltc. | | | X | 801,572.03 |
| Account No.<br><br>Anthony M. Abraham, Esq.<br>Centennial Ridge Complex<br>19 Benedict Place<br>Carmel, NY 10512 | | H | April 2012<br>Claimant, Elton D. Millikin | | | X | 788,667.89 |

Sheet no. __3__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,756,268.34

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Kenneth Nepove | | | | |
| Anthony M. Abraham, Esq. Centennial Ridge Complex 19 Benedict Place Carmel, NY 10512 | | H | | | | | X | 848,066.00 |
| Account No. | | | | Investor claim | | | | |
| Anthony Notaro 346 Lake Dr. Ruckersville, VA 22968 | | H | | | | X | X | 59,284.00 |
| Account No. | | | | Investor claim | | | | |
| Argentia 123, LLC 9720 Echo Hills Dr. Las Vegas, NV 89134 | | H | | | | X | X | 103,424.75 |
| Account No. x2023 | | | | Greg Adams Insurance Agency, Inc. | | | | |
| Axis Capital 308 N. Locust St. Grand Island, NE 68801 | | H | | | | | | 85,000.00 |
| Account No. | | | | Oct. 2008 Roth IRA | | | | |
| Barb Groff-Feldman 1621 Broad St. Perkasie, PA 18944 | | H | | | | X | X | 44,247.59 |

Sheet no. __4__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,140,022.34

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams**                                    , Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Barbara Turner<br>919 Sunnyside Dr.<br>Clarksville, IN 47129 | | H | Oct. 2008<br>Investor claim | | X | X | 39,994.08 |
| Account No.<br><br>Barry & Janice Wilson<br>Apartado 1011-00149<br>Correas De Chame Panama | | H | Oct. 2008<br>Barry - $56,179.21<br>Janice - $171,701.78 | | X | X | 227,880.99 |
| Account No.<br><br>Barry Berggren<br>7 Grace Lane<br>Dudley, MA 01571 | | H | Oct. 2008<br>Roth IRA - 7,767.58<br>Traditional - 733,591.50 | | X | X | 741,359.08 |
| Account No.<br><br>Barry Winston, MD<br>1140 Cypress Station, #306<br>Houston, TX 77090 | | H | Oct. 2008<br>IRA | | X | X | 956,776.00 |
| Account No. 3326<br><br>BB&T Financial, FSB<br>PO Box 698<br>Wilson, NC 27894 | | H | money loaned - SPW | | | | 4,333.00 |

Sheet no. __5__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,970,343.15

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams_____,     Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3334** <br><br> **BB&T Financial, FSB** <br> **PO Box 698** <br> **Wilson, NC 27894** | | H | **money loaned - SPW** | | | | 5,479.00 |
| Account No. <br><br> **Beatrice Forrar** <br> **570 Sawgrass Bridge Rd.** <br> **Venice, FL 34292** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 119,240.66 |
| Account No. <br><br> **Bernardo & Ann Garcia** <br> **PO Box 579** <br> **Frazier Park, CA 93225** | | H | **Investor claim** | | X | X | 165,558.00 |
| Account No. <br><br> **Bette Abdu** <br> **713 Blake Hill Rd.** <br> **New Hampton, NH 03256** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 4,975.74 |
| Account No. <br><br> **Bob & Colleen Reichert** <br> **3238 Chardon Ct.** <br> **Littleton, CO 80126** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 17,150.18 |

Sheet no. __6___ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

312,403.58

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams**  _____,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Bonnie Lykes-Bigler<br>PO Box 025724<br>Miami, FL 33102-5724 | | H | Vibrant Shield, LLC | | X | X | 103,543.00 |
| Account No.<br><br>Boyce Bridges<br>206 Armstrong Dr.<br>Cramerton, NC 28032 | | H | B1M2E3N4 LLC | | X | X | 517,715.79 |
| Account No.<br><br>Bradley Pine<br>119 N. Main St. #1<br>Greenville, SC 29601 | | H | Oct. 2008<br>IND - $103,401.00<br>IRA - $109,112.15 | | X | X | 212,513.15 |
| Account No.<br><br>Brenda & Grover Rockey<br>3439 Moog Rd.<br>Holiday, FL 34691 | | H | Oct. 2008<br>Brenda - $14,830.72<br>Brenda & Grover - $27,303.12<br>Grover - $96,762.65 | | X | X | 138,896.49 |
| Account No.<br><br>Brian McCullough<br>1006 James St.<br>Apex, NC 27502 | | H | Oct. 2008<br>IND<br>IRA | | X | X | 102,511.00 |

Sheet no. __7__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,075,179.43

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx0330<br><br>Brighthouse<br>700 Carillon Pkwy.<br>Saint Petersburg, FL 33716 | | H | | | | | 60.00 |
| Account No. xxx7923<br><br>Brown & Joseph LTD<br>PO Box 59838<br>Schaumburg, IL 60159-0838 | | H | Greg Adams Insurance<br>Windstream Communications | | | | 70.84 |
| Account No.<br><br>Bruce Harris<br>391 Asharoken Ave.<br>Northport, NY 11768-1168 | | H | Oct. 2008<br>Investor claim | | X | X | 28,438.23 |
| Account No.<br><br>Cahal Carmody<br>224 Melrose Ave.<br>Toronto, Ontario M5M 1Z1 | | H | Oct. 2008<br>Investor claim | | X | X | 172,063.38 |
| Account No.<br><br>Carl Brautigam<br>100 Pinewinds Blvd.<br>Oldsmar, FL 34677 | | H | Oct. 2008<br>Investor claim | | X | X | 6,508.27 |

Sheet no. __8__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 207,140.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                                                    ,          Case No. _____

_____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Carlton King 3309 Elebash Hill Montgomery, AL 36106 | | H | | | X | X | 194,029.63 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Carmen Jagt 242 Gulf Aire Blvd. Winter Haven, FL 33884 | | H | | | X | X | 84,472.66 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Carmen Montes 4821 American River Dr. Carmichael, CA 95608 | | H | | | X | X | 100,796.16 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Carol Garnett 33202 Lake Lanier Fremont, CA 94555 | | H | | | X | X | 62,148.52 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Carol Sue Omness PO Box 588 Searsport, ME 04974 | | H | | | X | X | 93,898.10 |

Sheet no. __9__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

535,345.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carole Swagger**<br>**3105 Sandy Circle**<br>**Haines City, FL 33844** | | H | **Oct. 2008**<br>**Kleckner Family Trust** | | X | X | 32,688.43 |
| Account No.<br><br>**Carolee & Robert Cross**<br>**2340 Hwy 180 E #250**<br>**Silver City, NM 88061** | | H | **Holdings LLC** | | X | X | 260,449.00 |
| Account No.<br><br>**Charles & Karen Parrish**<br>**602 Bloomfield Rd.**<br>**Bardstown, KY 40004** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 57,615.74 |
| Account No.<br><br>**Charlie Edwards**<br>**970 East State Route 302**<br>**Belfair, WA 98528** | | H | **Oct. 2008**<br>**Roth IRA** | | X | X | 20,382.79 |
| Account No. xxxxxxxxxxx5600<br><br>**Chase Bank Ink Card**<br>**Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | H | **In or before June 2012**<br>**Credit card** | | | | 7,500.00 |

Sheet no. __**10**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          378,635.96

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams**                 ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx xxxx xxxx 5640** <br><br> **Chase Bank Marriott Card** <br> **Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | H | | **In or before June 2012** <br> **Credit card** | | | | 11,600.00 |
| Account No. **xxxxxxxxxxxx5460** <br><br> **Chase Bank Southwest Card** <br> **Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | H | | **In or before June 2012** <br> **credit card** | | | | 15,800.00 |
| Account No. <br><br> **Chester Sweeney** <br> **605 Quail Keep Dr.** <br> **Safety Harbor, FL 34695** | | H | | **Oct. 2008** <br> **IRA** | | X | X | 217,136.00 |
| Account No. <br><br> **Christine Kelley** <br> **181 Boston Post Rd. E#41** <br> **Marlborough, MA 01752** | | H | | **Oct. 2008** <br> **Investor claim** | | X | X | 18,524.00 |
| Account No. <br><br> **Christine Leja** <br> **2813 Fairway Dr.** <br> **Belleville, IL 62220** | | H | | **Oct. 2008** <br> **CRT - $55,724.81** <br> **Roth - $35,262.78** | | X | X | 90,987.59 |

Sheet no. __11__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     354,047.59

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams**                                              , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Christopher Ronan<br>PO Box 863224<br>Plano, TX 75086 | | H | | Oct. 2008<br>Investor claim | | X | X | 239,626.42 |
| Account No. **0042**<br><br>Christopher W. Gilluly<br>c/o Paul Sweeney, Esq.<br>Yumkas, Vidmar & Sweeney LLC<br>2530 Riva Rd. Ste 400<br>Annapolis, MD 21401 | | H | | IRA investments | | X | X | 161,338.00 |
| Account No.<br><br>Citizens Bank of PA<br>443 Jefferson Blvd. West<br>Warwick, RI 02886 | | H | | May 2012<br>Line of credit for<br>Greg Adams Insurance<br>Civil action, Allegheny County, PA | | | | 27,429.92 |
| Account No.<br><br>Clark Kenyon<br>2326 Eagle View Dr.<br>Colorado Springs, CO 80909 | | H | | Investor claim | | X | X | 177,411.80 |
| Account No.<br><br>Clayton Montgomery<br>3816 S. Lamar Blvd. #1516<br>Austin, TX 78704 | | H | | Investor claim | | X | X | Unknown |

Sheet no. __12__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal | | 605,806.14 |
| (Total of this page) | | |

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cliff Hayes** <br> **8 Saint Andrews Dr.** <br> **Rogers, AR 72758** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 945,945.94 |
| Account No. <br><br> **Clifford Kelly** <br> **149 Ell Pond Rd.** <br> **Wells, ME 04090** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 154,585.30 |
| Account No. **xxx-xxxxxx7-000** <br><br> **Commercial Equipment Leasing** <br> **PO Box 660831** <br> **Dallas, TX 75266** | | H | | | | | 241.62 |
| Account No. <br><br> **Conrad Nagel** <br> **2841 Apple Blossom Dr.** <br> **Alva, FL 33920** | | H | **Investor claim** | | X | X | **Unknown** |
| Account No. <br><br> **Creston Denny Hall** <br> **1832 N.E. Brown Rd.** <br> **Washougal, WA 98671** | | H | **Oct. 2008** <br> **2 accounts** <br> **Investor claim** | | X | X | 195,857.35 |

Sheet no. __13__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,296,630.21

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ ,      Case No. _____
                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**D. Michael MacLeod**<br>**9 Calle Francesca**<br>**Rancho Santa Margarita, CA 92688** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 58,793.99 |
| Account No.<br><br>**Dan & Jane Pendergast**<br>**1700 Capeway Rd.**<br>**Powhatan, VA 23139** | | H | **Airgead, LLC**<br>**Anchor Holdings II LLC** | | X | X | 185,835.00 |
| Account No.<br><br>**Dan &Collette Eldridge Smith**<br>**402 Oak Street**<br>**Hood River, OR 97031** | | H | **Oct. 2008**<br>**Collette - $9,162.54**<br>**Dan - $75,457.64** | | X | X | 84,620.18 |
| Account No.<br><br>**Daniel Katz**<br>**214 Springhouse Valley Dr.**<br>**Tiger, GA 30576** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 33,815.76 |
| Account No.<br><br>**Danny Ray**<br>**PO Box 157**<br>**Huntsville, AR 72740** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 292,337.66 |

Sheet no. __14__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal               **655,402.59**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams** _____,   Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Darlene O'Daniels<br>100 Pinewinds Blvd.<br>Oldsmar, FL 34677 | | H | Oct. 2008<br>Investor claim | | X | X | 42,181.31 |
| Account No.<br><br>David & Connie Stulman<br>4609 Hickory Rd.<br>Temple, TX 76502 | | H | Oct. 2008<br>David - $18,610.50<br>Connie - $27,524.67 | | X | X | 46,135.17 |
| Account No.<br><br>David & Joan Doyle<br>16500 Plantation Woods Dr.<br>Charlotte, NC 28278 | | H | 5/29/2009<br>Screaming Eagle, LLC | | X | X | 952,417.00 |
| Account No.<br><br>David & Regina Schaller<br>2751 Cottonwood Dr.<br>Springfield, OH 45504 | | H | Oct. 2008<br>Regina - $45,250.36<br>David - $95,375.16 | | X | X | 140,625.52 |
| Account No.<br><br>David Campbell<br>3800 E. Lincoln Dr. #28<br>Phoenix, AZ 85018 | | H | Oct. 2008<br>Investor claim | | X | X | 729,234.49 |

Sheet no. __15__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,910,593.49

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David Glover<br>1845 Mitchell Ave.<br>Oroville, CA 95966 | | H | Oct. 2008<br>Investor claim | | X | X | 332,804.06 |
| Account No.<br><br>David Hober<br>145 River Landing Dr.<br>Roswell, GA 30075 | | H | Oct. 2008<br>Investor claim | | X | X | 23,685.51 |
| Account No.<br><br>David J. Bradach<br>1068 6th Ave. N.<br>Naples, FL 34102 | | H | Investor claim | | X | X | 20,702.08 |
| Account No.<br><br>David Mann<br>620 Head of the Bay Rd.<br>Buzzards Bay, MA 02532-2167 | | H | Oct. 2008<br>Investor claim | | X | X | 71,800.17 |
| Account No.<br><br>David Oberdorfer<br>623 Lake Forest<br>Bonner Springs, KS 66012 | | H | Oct. 2008<br>Investor claim | | X | X | 205,306.28 |

Sheet no. __16__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **654,298.10**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| David Wall 1749 Long Bow Lane Clearwater, FL 33764-6401 | | H | | | X | X | 429,819.00 |
| Account No. | | | Oct. 2008 LBA LLC | | | | |
| David Zacharias 2655 Ulmerton R. #139 Clearwater, FL 33762 | | H | | | X | X | 333,096.00 |
| Account No. | | | 8/31/2009 Investor claim | | | | |
| Dean Bayer Gabriela Mistral 1587 Cp 70000 Colonia Uruguay | | H | | | X | X | 262,245.53 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Dean Kehmeier 4815 Old Post Circle Boulder, CO 80301 | | H | | | X | X | 37,211.26 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Deanna Goodrich 26001 S 605 Rd. Grove, OK 74344 | | H | | | X | X | 69,221.48 |

Sheet no. __17__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,131,593.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                          ,          Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Deborah Chamitoff<br>110-174 Wilson Street<br>Victoria BC VGA7N7 | | H | Oct. 2008<br>Investor claim | | X | X | 114,646.82 |
| Account No.<br><br>Debra Madaras<br>348 Sandy Bottom Rd.<br>Marshall, NC 28753 | | H | 8/31/2009<br>Perdan, LLC | | X | X | 16,082.87 |
| Account No.<br><br>Deta Davis<br>346 Lake Dr.<br>Ruckersville, VA 22968 | | H | Investor claim | | X | X | 54,518.59 |
| Account No.<br><br>Doak Ewing<br>1126 Tennyson Lane<br>Naperville, IL 60540 | | H | Investor claim | | X | X | 159,964.64 |
| Account No.<br><br>Dominique Castro<br>35 Edenbrook Dr.<br>Hampton, VA 23666 | | H | Oct. 2008<br>Investor claim | | X | X | 57,123.25 |

Sheet no. __18__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

402,336.17

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Don & Elaine Ford** <br> **4109 SW Darien St** <br> **Port Saint Lucie, FL 34953** | | H | Oct. 2008 <br> Don - $324,607.02 <br> Elaine - $134,075.29 | | X | X | 458,682.31 |
| Account No. <br><br> **Donald Columbus** <br> **413 The Hills Rd.** <br> **Horseshoe Bay, TX 78657** | | H | Oct. 2008 <br> Investor claim | | X | X | 270,458.65 |
| Account No. <br><br> **Donald Columbus** <br> **413 The Hills Rd.** <br> **Horseshoe Bay, TX 78657** | | H | Oct. 2008 <br> IRA | | X | X | 528,821.01 |
| Account No. <br><br> **Donald Rascento** <br> **3703 Shadow Ridge Rd N** <br> **Wilson, NC 27896** | | H | Oct. 2008 <br> Investor claim | | X | X | 29,171.66 |
| Account No. <br><br> **Dorothy E Crisp** <br> **27222 Alton Way** <br> **Huffman, TX 77336** | | H | Investor claim | | X | X | 59,024.87 |

Sheet no. __19__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page) **1,346,158.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams**                                          , Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Doug Kulm <br> 3109 11th St. <br> Silvis, IL 61282 | | H | Oct. 2008 <br> Investor claim | | X | X | 64,841.62 |
| Account No. <br><br> Dr. Carlton King <br> 3309 Elebash Hill <br> Montgomery, AL 36106 | | H | Investor claim | | X | X | 260,792.42 |
| Account No. <br><br> Earl F. Surratt <br> 389 Pine Brook Dr. <br> Livingston, TX 77351 | | H | Supreme Resources, LLC | | X | X | 186,282.00 |
| Account No. <br><br> Edward E. Hale <br> 101 Cambridge Trail #201 <br> Sun City Center, FL 33573 | | H | Investor claim | | X | X | 32,838.60 |
| Account No. <br><br> Elizabeth Schreiner <br> PO Box 327 <br> Mound, MN 55364 | | H | Oct. 2008 <br> Investor claim | | X | X | 436,002.06 |

Sheet no. __20__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   980,756.70

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams**                                                , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> EPRE, LLC <br> 1324 Seven Springs Blvd. <br> #363 <br> New Port Richey, FL 34655 | | H | SPW office lease | | | | 103,000.00 |
| Account No. <br><br> Fidelity Ins.Co. <br> Operations Center <br> The Law Bldg. Ste. 100 <br> The Valley Anguilla <br> British West Indies | | H | Oct. 2008 <br> Investor claim | | X | X | 423,827.29 |
| Account No. xxxx xxxx xxxx 0930 <br><br> First Commonwealth <br> PO Box 400 <br> Indiana, PA 15701 | | H | In or before June 2012 <br> credit card-Greg Adams Insurance | | | | 35,000.00 |
| Account No. <br><br> First Commonwealth <br> PO Box 400 <br> Indiana, PA 15701 | | H | Loan-Greg Adams Insurance | | | | 30,000.00 |
| Account No. xxxxxx3273 <br><br> First Niagra Bank <br> 1801 Route 286 <br> Pittsburgh, PA 15239 | | H | Greg Adams Insurance Agency | | | | 80,000.00 |

Sheet no. __21__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   671,827.29

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams** ,                                    Case No. _____
                                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gardiner Robinson<br>20423 State Road 7<br>Ste. F6- Pmb #304<br>Boca Raton, FL 33498 | | H | Oct. 2008<br>Lawsuit | | X | X | 90,002.44 |
| Account No.<br><br>Gary Houseman<br>203 Churchill Farms Rd.<br>Murfreesboro, TN 37127 | | H | Oct. 2008<br>Investor claim | | X | X | 414,305.23 |
| Account No.<br><br>Gary Linck<br>3327 Peninsula Circle<br>Melbourne, FL 32940 | | H | Oct. 2008<br>Investor claim | | X | X | 88,312.78 |
| Account No.<br><br>Gavin (Thomas) Newton<br>9721 Brookville Rd.<br>Plymouth, MI 48170 | | H | Oct. 2008<br>3 accounts<br>Investor claim | | X | X | 197,822.10 |
| Account No.<br><br>George & Doris Swenson<br>202 3rd Avenue NW<br>Sidney, MT 59270-4028 | | H | Oct. 2008<br>Investor claim | | X | X | 384,285.00 |

Sheet no. __22__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,174,727.55

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ ,                              Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| George Sharp 27197 Buckskin Trail Harbeson, DE 19951 | | H | | | X | X | 48,761.04 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| George Wilson Hall 11902 Louis Lane Dr. Pinehurst, TX 77362 | | H | | | X | X | 87,828.15 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Georgina Carson 3626 Birdland Ave. Akron, OH 44319 | | H | | | X | X | 89,126.75 |
| Account No. | | | Oct. 2008 Bernard James Walker | | | | |
| Gerald A. Walker 3805 Lower River Rd. Livingston, KY 40445 | | H | | | X | X | 991,145.28 |
| Account No. | | | investments | | | | |
| Gerald J. Oravec 11245 Frost Rd. Mantua, OH 44255 | | H | | | X | X | 250,000.00 |

Sheet no. __23__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           1,466,861.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                    ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Glen T. Urquhart** <br> **4 East Lake Dr.** <br> **Rehoboth Beach, DE 19971** | | H | **Investor claim** | | X | X | 291,618.00 |
| Account No. <br><br> **Glenn Lilleskov** <br> **2217 Trolls Court NW** <br> **Rochester, MN 55901** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 899,747.54 |
| Account No. xxxx4095 <br><br> **Global Relay Communications** <br> **220 Cambie St., 2nd FL** <br> **Vancouver BC V6B 2M9** | | H | **SIAM  Website host company** | | X | X | 6,700.00 |
| Account No. <br><br> **Gloria Strazar** <br> **427 Morris Ave.** <br> **Providence, RI 02906** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 45,604.19 |
| Account No. <br><br> **Gregory Alexander** <br> **1111 Isis Court Place** <br> **Kermit, TX 79745** | | H | **Investor claim** | | X | X | 6,769.92 |

Sheet no. __24__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,250,439.65

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory James Adams**                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gregory P. Robinson<br>Stanco & Robinson, LLC<br>428 Fourth Street, Ste 3<br>Annapolis, MD 21403** | | H | | **August 2010<br>Krogel v. SIAM** | | X | X | 393,473.00 |
| Account No.<br><br>**H. Phil Herre<br>940 South Locust St. Unit D<br>Denver, CO 80224** | | H | | **Oct. 2008<br>Investor claim** | | X | X | 22,308.35 |
| Account No.<br><br>**Harlan Sager<br>2615 Evening Sky Dr.<br>Henderson, NV 89052** | | H | | **Oct. 2008<br>Investor claim** | | X | X | 147,858.93 |
| Account No.<br><br>**Harley Bofshever<br>4365 Banyan Trails Dr.<br>Pompano Beach, FL 33073** | | H | | **Oct. 2008<br>Investor claim** | | X | X | 1,708.93 |
| Account No.<br><br>**Howard Thompson<br>2106 W. View Dr.<br>Sun City Center, FL 33573** | | H | | **Oct. 2008<br>Investor claim** | | X | X | 57,441.53 |

Sheet no. __25__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

622,790.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                        ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| Ida Pagenta 2461 Rhodesian Dr. #73 Clearwater, FL 33763-1944 | | H | | | | X | X | |
| | | | | | | | | 237,115.25 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| Ida Pagenta 2461 Rhodesian Dr. #73 Clearwater, FL 33763-1944 | | H | | | | X | X | |
| | | | | | | | | 10.09 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| Ingrid Lang c/o Kristen Lang 10821 56th Ave. South Seattle, WA 98178 | | H | | | | X | X | |
| | | | | | | | | 56,117.27 |
| Account No. 9161 | | | | Redeemable preference shares | | | | |
| International Castings & Equipment 1310 Keans Court Roswell, GA 30075 | | H | | | | X | X | |
| | | | | | | | | 193,587.00 |
| Account No. | | | | arbitration fees | | | | |
| International Centre for Dispute Resolution 1633 Broadway, 10th Floor New York, NY 10019 | | H | | | | | | |
| | | | | | | | | 100,000.00 |

Sheet no. __26__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

586,829.61

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Jack Lowder 7709 Las Palmas Way Jacksonville, FL 32256-0225 | | H | | | X | X | 86,602.58 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Jacques Adoue 531 Cutty Tr. Apt B Austin, TX 78734 | | H | | | X | X | 94,018.55 |
| Account No. | | | Investor claim | | | | |
| James & Sandra Bay 59122 Highway 26 Mount Vernon, OR 97865 | | H | | | X | X | 287,144.32 |
| Account No. | | | James William Bay FJRA Trust | | | | |
| James & Sandra Fawcett Bay 59122 Hwy 26 Mount Vernon, OR 97865 | | H | | | X | X | 90,244.05 |
| Account No. | | | Oct. 2008 IRA - $175,695.78 Jt - $80,752.20 | | | | |
| James & Vicki  Hughes 1000 Blaine Ave NE Unit A Renton, WA 98056-8727 | | H | | | X | X | 256,447.98 |

Sheet no. __27__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

814,457.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                    ,         Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**James Bay**<br>**59122 Highway 26**<br>**Mount Vernon, OR 97865** | | H | | | **FJRA Trust** | | X | X | 167,150.90 |
| Account No.<br><br>**James Benoit**<br>**303 Horseshoe Rd.**<br>**Schriever, LA 70395** | | H | | | **Oct. 2008**<br>**Investor claim** | | X | X | 304,281.76 |
| Account No.<br><br>**James Brandel**<br>**c/o American Services Grp.**<br>**Total Fulfillment Center**<br>**107-23 71st Rd. Ste 230**<br>**Forest Hills, NY 11375** | | H | | | **Oct. 2008**<br>**Investor claim** | | X | X | 63,552.13 |
| Account No.<br><br>**James Davidson**<br>**Cassilla Postal 11-01-95**<br>**Ciudad De Loja ECUADOR** | | H | | | **Oct. 2008**<br>**Investor claim** | | X | X | 1,534,255.28 |
| Account No.<br><br>**James Gullo**<br>**370 Lane Road**<br>**Chester, NH 03036** | | H | | | **JG Enterprises, LLC** | | X | X | 103,517.00 |

Sheet no. __28__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,172,757.07

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gregory James Adams**_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James Matthews**<br>**4266 C Dogwood Lake Rd.**<br>**Bailey, MS 39320** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 291,584.76 |
| Account No.<br><br>**James Peacock (deceased)**<br>**c/o Deneen Di Pippo**<br>**6355 Dye Road**<br>**Akron, NY 14001** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 7,601.22 |
| Account No.<br><br>**James Reed**<br>**14781 Memorial Dr.**<br>**Houston, TX 77079** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 118,399.13 |
| Account No.<br><br>**James Russell**<br>**1778 Ashland City Rd.**<br>**Clarksville, TN 37043** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 72,382.68 |
| Account No.<br><br>**James Smith**<br>**226 Pine Glen Ct.**<br>**Englewood, FL 34223** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 23,247.62 |

Sheet no. __**29**__ of __**67**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

513,215.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**
                                                                ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Jane Jackson 7680 Moonlight Lane Bellevue, IA 52031 | | H | | | X | X | |
| | | | | | | | 58,769.77 |
| Account No. | | | Oct. 2008 IOMA Jay - $26,924.09 Maureen - $67,263.45 | | | | |
| Jay & Maureen Oliverio PO Box 1721 Lake Oswego, OR 97035 | | H | | | X | X | |
| | | | | | | | 94,187.54 |
| Account No. | | | Investor claim | | | | |
| Jay McCorkle 10685 Hazelhurst Dr. #3035 Houston, TX 77043 | | H | | | X | X | |
| | | | | | | | 3,420.44 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Jay Paris 144 Coppertree Court Edison, NJ 08820 | | H | | | X | X | |
| | | | | | | | 48,621.77 |
| Account No. | | | Oct. 2008 SEP | | | | |
| Jay Paris 144 Coppertree Court Edison, NJ 08820 | | H | | | X | X | |
| | | | | | | | 35,079.42 |

Sheet no. __30__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

240,078.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**
_____,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Jean Marcali 950 Willow Valley Lakes Dr. Apt H 401 Willow Street, PA 17584 | | H | | | X | X | 68,926.91 |
| Account No. | | | Oct. 2008 Jeffrey W. Hawkins Retirement, LLC | | | | |
| Jeff & Julia Hawkins 15782 Quorum Dr. Addison, TX 75001 | | H | | | X | X | 257,816.00 |
| Account No. | | | July 2011 Claimants Magyar and RACAMA | | | | |
| Jeffrey B. Kaplan, Esq. Dimond Kaplan & Rothstein PA 2665 S. Bayshore Dr. Penthouse 2B Miami, FL 33131 | | H | | | X | X | 206,714.00 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Jennifer Hawthorne 5035 Fairways Cir. #306 Vero Beach, FL 32967 | | H | | | X | X | 27,607.54 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Jennifer Mallory 40 Calle Cristiano Santa Fe, NM 87508 | | H | | | X | X | 19,556.95 |

Sheet no. __31__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          580,621.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**
_____,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jerry & Karen Jamison <br> 1803 Tawnee Pl. <br> Brandon, FL 33510-2162 | | H | Oct. 2008 <br> Jerry - Tradisional IRA - $127,739.16 <br> Karen - Roth - $118,399.13 <br> Karen - Traditional - $24,085.87 | | X | X | 270,224.16 |
| Account No. <br><br> Jerry Mallory <br> 1734 New Hampshire Ave NW <br> #604 <br> Washington, DC 20009 | | H | Oct. 2008 <br> Investor claim | | X | X | 49,608.10 |
| Account No. <br><br> Jerry Oravec <br> 11245 Frost Rd. <br> Mantua, OH 44255 | | H | Oct. 2008 <br> Investor claim | | X | X | 178,396.57 |
| Account No. <br><br> Jim Herbert <br> PO Box 966 <br> Hayden, ID 83835 | | H | Oct. 2008 <br> Investor claim | | X | X | 42,483.04 |
| Account No. <br><br> Jim Self/Mastering Alchemy <br> 302 West Crestline Dr. <br> Boise, ID 83702 | | H | Oct. 2008 <br> Mastering Alchemy, LLC | | X | X | 828.43 |

Sheet no. __32__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

541,540.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joe Dougherty** <br> **2129 North Blvd.** <br> **Houston, TX 77098** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 222,266.53 |
| Account No. <br><br> **Joe Wilson** <br> **21703 Venture Park Dr.** <br> **Richmond, TX 77406** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 15,649.66 |
| Account No. <br><br> **John & Lynette Perkins** <br> **1246 Nicklaus Way** <br> **Gibsonia, PA 15044** | | H | **Oct. 2008** <br> **John - $24,135.02** <br> **Lynette - $33,432.74** | | X | X | 57,567.76 |
| Account No. <br><br> **John & Star Jamison** <br> **4491 Whisper Run Dr.** <br> **Collierville, TN 38017** | | H | **Oct. 2008** <br> **John - Roth IRA** <br> **John - Traditional** <br> **Star - Roth IRA** | | X | X | 84,485.91 |
| Account No. **Citizens Bank of PA** <br><br> **John K. Fiorillo, Esq** <br> **Unruh, Turner, Burke & Frees** <br> **PO Box 515** <br> **West Chester, PA 19381-0515** | | H | **Attorney's fees** | | | | 1,000.00 |

Sheet no. __33__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

380,969.86

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ _____,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investor claim | | | | |
| John Larry Moffitt 8890 Thakeham Pl South Cordova, TN 38016 | | H | | | | X | X | 52,345.91 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| John Malone 9241 Hidden Bay Lane Orlando, FL 32819 | | H | | | | X | X | 56,333.38 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| John Mazzarella (Deceased) PO Box 488 Peck Slip Station New York, NY 10272-0488 | | H | | | | X | X | 20,534.36 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| John Patterson 166 Fry Drive Chillicothe, OH 45601 | | H | | | | X | X | 168,166.56 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| John Ross 61 Blue Heron Thornton, CO 80241 | | H | | | | X | X | 327,963.20 |

Sheet no. __34__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

625,343.41

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>John Sheridan<br>3818 Kinsley Pl<br>Winter Park, FL 32792-6233 | | H | Oct. 2008<br>Investor claim | | X | X | 74,361.39 |
| Account No. <br><br>John Shintaffer<br>1113 Mill Pond Court<br>Osprey, FL 34229 | | H | Oct. 2008<br>Investor claim - 2 accounts | | X | X | 547,720.76 |
| Account No. <br><br>John Spencer<br>9 West Doris Dr.<br>Cherry Hill, NJ 08003 | | H | Oct. 2008<br>Investor claim | | X | X | 86,365.75 |
| Account No. <br><br>Johnson, Pope, Bokor, et al<br>911 Chestnut St.<br>Clearwater, FL 33756 | | H | Attorney fee | | X | X | 64,211.13 |
| Account No. <br><br>Joseph Saum<br>2520 Foxbury Lane<br>Findlay, OH 45840 | | H | Oct. 2008<br>Investor claim | | X | X | 96,230.04 |

Sheet no. __35__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

868,889.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory James Adams**                                                                    Case No. _____
                                                                    ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Oct. 2008 **IND - $97,533.61 IRA - $315,033.38 PSP - $90.84** | | | | |
| **Joseph Slonecker 846 Town & Country Trenton, MO 64683** | | H | | | | X | X | |
| | | | | | | | | 412,657.83 |
| Account No. | | | | Oct. 2008 **Investor claim** | | | | |
| **Joyce Goetz 3480 Streamside Ln. M201 Thousand Oaks, CA 91360** | | H | | | | X | X | |
| | | | | | | | | 30,594.60 |
| Account No. | | | | Oct. 2008 **Investor claim** | | | | |
| **Judith Jackson 1310 Keans Court Roswell, GA 30075** | | H | | | | X | X | |
| | | | | | | | | 185,166.74 |
| Account No. | | | | Oct. 2008 **Investor claim** | | | | |
| **Julie Wormhoudt 4250 S. Olive St. Unit 117 Denver, CO 80237** | | H | | | | X | X | |
| | | | | | | | | 39,850.37 |
| Account No. | | | | Oct. 2008 **401K DBP IND IRA** | | | | |
| **Jutta Vogt 21 Llanfair Circle Ardmore, PA 19003** | | H | | | | X | X | |
| | | | | | | | | 347,563.00 |

| | | |
|---|---|---|
| Sheet no. __**36**__ of __**67**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,015,832.54 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                              ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Katherine Blake** <br> **415 Main Western Rd** <br> **PO Box 173** <br> **N. Tamborine** <br> **Queensland Australia** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 271,106.83 |
| Account No. <br><br> **Kathleen & Jessica Lindblad** <br> **490 Purple Finch Way** <br> **Palm Harbor, FL 34683** | | H | **Oct. 2008** <br> **IND - $133,174.72** <br> **IRA - $3,384.00** <br> **TR - $198,918.00** | | X | X | 335,476.72 |
| Account No. **xxxxxx xx xxx3296** <br><br> **Kathleen Carmen, Esq.** <br> **Monroe Professional Bldg** <br> **117 N. Monroe St.** <br> **Media, PA 19063** | | H | **State Farm FCU** | | | | 5,221.25 |
| Account No. <br><br> **Kathy Lee Bainbridge** <br> **3015 Rec. Rd. Hwy 225** <br> **#3301** <br> **Brookeland, TX 75931** | | H | **Doonarak LLC, SheenJek LLC** | | X | X | 544,328.00 |
| Account No. <br><br> **Kathy Neigenfind** <br> **49-950 Jefferson St.** <br> **Indio, CA 92201** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 95,851.83 |

Sheet no. __37__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 1,251,984.63 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ _____ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Keithley Lake** <br>**Operations Center** <br>**The Law Bldg. Ste 100** <br>**The Valley** <br>**Anguilla British West Indies** | | H | **Oct. 2008** <br>**Investor claim** | | X | X | 423,827.29 |
| Account No. <br><br>**Ken Hunton** <br>**1470 Whisper Rock Way** <br>**Reno, NV 89523** | | H | **Oct. 2008** <br>**Investor claim** | | X | X | 205,599.08 |
| Account No. <br><br>**Ken Shepard** <br>**1162 Osprey Way** <br>**Apopka, FL 32712** | | H | **Oct. 2008** <br>**Investor claim** | | X | X | 161,529.58 |
| Account No. <br><br>**Kenneth & Lesley Fluke** <br>**945 Foxhollow Run** <br>**Alpharetta, GA 30004** | | H | **Oct. 2008** <br>**Kenneth - $417,863.78** <br>**Lesley - $1,068,974.46** | | X | X | 1,486,838.14 |
| Account No. <br><br>**Kevin & Margaret Butler** <br>**684 Heritage Hill Rd.** <br>**Orange, CT 06477-2497** | | H | **Oct. 2008** <br>**Joint** <br>**Heritage Partners, LLC** | | X | X | 247,025.00 |

| Sheet no. __38__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,524,819.09 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. Kevin Kern 103 Professional Pkwy PO Box 397 Marysville, OH 43040 | | H | | K&K Lifestyle LLC - $228,534 K & K Legacy, LLC $556,042 | | X | X | 784,576.00 |
| Account No. Kevin King 8332 Valencia Dr. Huntington Beach, CA 92647 | | H | | Oct. 2008 Investor claim | | X | X | 46,786.60 |
| Account No. Kevin Messmer 776 Bronx River Rd. Apt B58 Bronxville, NY 10708-7920 | | H | | Oct. 2008 Investor claim | | X | X | 316,512.73 |
| Account No. Kevin P. Conway, Esq. Conway & Conway 1700 Broadway, 31st Floor New York, NY 10019 | | H | | February 2012 Claimant, Lillian Depasquale | | X | X | 343,777.62 |
| Account No. Kristi Banwart 2326 Kansas Rd. Fort Scott, KS 66701-8516 | | H | | Oct. 2008 Investor claim | | X | X | 26,150.43 |

Sheet no. __39__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,517,803.38

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams_____,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Krystyna Kiec 31 Manor Dr. Newton, NJ 07860 | | H | | | X | X | 174,786.98 |
| Account No. | | | Oct.2008 Investor claim | | | | |
| Laraine Emberson 323 E 8th St. #2B New York, NY 10009 | | H | | | X | X | 22,038.81 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Larry Bowers 80 Waterfork Rd. Ethridge, TN 38456 | | H | | | X | X | 400,593.15 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Larry Brandel c/o American Services Grp Total Fulfillment Center 107-23 71st Rd. Ste 230 Forest Hills, NY 11375 | | H | | | X | X | 63,522.13 |
| Account No. | | | Oct. 2008 | | | | |
| Larry Grossman 1424 Riverside Dr. Tarpon Springs, FL 34689 | | H | | | X | X | 3,329,134.00 |

Sheet no. __40__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,990,075.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                    ,                Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Larry Hermone 3291 Texas Hill Rd. Placerville, CA 95667 | | H | | | X | X | 59,802.00 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Laura Grayson 5310 E 900 N Fair Oaks, IN 47943 | | H | | | X | X | 238,750.00 |
| Account No. | | | Oct. 2008 Roth IRA | | | | |
| Laura Grayson 5310 E 900 N Fair Oaks, IN 47943 | | H | | | X | X | 296,892.00 |
| Account No. | | | Investor claim | | | | |
| Lawrence Bradel c/o American Services Grp Total Fulfillment Center 107-23 71st Rd. Ste 230 Forest Hills, NY 11375 | | H | | | X | X | Unknown |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Lee Bowers PO Box 7055 St. Davids Wayne, PA 19087 | | H | | | X | X | 74,781.10 |

Sheet no. __41__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

670,225.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lee Bowers**<br>**PO Box 7055**<br>**Wayne, PA 19087** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 319,124.32 |
| Account No.<br><br>**Lee Layton**<br>**186 Sauterne Circle**<br>**Yountville, CA 94599-1288** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 74,211.00 |
| Account No.<br><br>**Lee Wendelbo**<br>**2292 Meadow Ct.**<br>**Bend, OR 97701** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 62,978.92 |
| Account No.<br><br>**Les & Glennda Stokes**<br>**PO Box 2113**<br>**Sun City, AZ 85372-2113** | | H | **LLS Retirement, LLC** | | X | X | 302,493.00 |
| Account No.<br><br>**Lesley J. Fluke**<br>**945 Foxhollow Run**<br>**Alpharetta, GA 30004** | | H | **Investment** | | X | X | 1,152,827.00 |

Sheet no. __42__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 1,911,634.24 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                      ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lew & Cheryl Snavely**<br>**14150 Wilder Lane**<br>**Grass Valley, CA 95945** | | H | **Investor claim** | | X | X | 215,167.00 |
| Account No.<br><br>**Lillian DePasquale**<br>**78 Stornowaye**<br>**Chappaqua, NY 10514** | | H | **Investor claim** | | X | X | 343,777.62 |
| Account No.<br><br>**Lillian DePasquale**<br>**c/o Kevin P. Conway, Esq**<br>**565 Fith Ave. 7th Floor**<br>**New York, NY 10017** | | H | **Judgment**<br>**State of New York**<br>**Index No 652817 /2012** | | X | X | 894,475.04 |
| Account No.<br><br>**Linda Hart**<br>**29081 US Hwy 19 N**<br>**Clearwater, FL 33761** | | H | **Investor claim** | | X | X | 21,470.29 |
| Account No.<br><br>**Lonny & Sue Ann Morrow**<br>**2927 Old Highway 218**<br>**Mount Pleasant, IA 52641** | | H | **Oct. 2008**<br>**Lonny - $526,474.73**<br>**Sue Ann - $138,954.73** | | X | X | 665,429.33 |

Sheet no. __43__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,140,319.28

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lorraine Kirk<br>1934 Lazy Z Rd.<br>Nederland, CO 80466** | | H | **Oct. 2008<br>Investor claim** | | X | X | 118,446.98 |
| Account No.<br><br>**Lou Montgomery<br>321 S. Main St. #532<br>Sebastopol, CA 95472** | | H | **Oct. 2008<br>IRA** | | X | X | 415,535.13 |
| Account No. **xxxxxx xxxxx 5646**<br><br>**LTD Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074-2053** | | H | **Chase Bank, USA<br>Heritage Bank One** | | | | 13,908.31 |
| Account No. **xxxxx 5468**<br><br>**LTD Financial Svcs LP<br>7322 Southwest Fwy<br>Ste. 1600<br>Houston, TX 77074** | | H | **Chase Bank USA<br>Heritage Bank One** | | | | 17,776.29 |
| Account No.<br><br>**Mahlon Barash<br>Eias Aguirre 452<br>Apt 503<br>Miraflores Lima 18 Peru** | | H | **Oct. 2008<br>Investor claim** | | X | X | 18,974.43 |

Sheet no. __44__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | 584,641.14 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                      ,       Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mandlon Blount**<br>**PO Box 1149**<br>**Reidsville, GA 30453** | | H | Oct. 2008<br>Investor claim | | X | X | 54,782.97 |
| Account No.<br><br>**Marc McIntosh**<br>**1201 Edlin Pl**<br>**Minneapolis, MN 55416** | | H | Oct. 2008<br>Investor claim | | X | X | 62,180.14 |
| Account No.<br><br>**Mark & Sally Hnatiuk**<br>**1209 Danville Lane**<br>**College Station, TX 77845-4847** | | H | 8/31/2009<br>Investor claim | | X | X | 375,091.32 |
| Account No.<br><br>**Mark Elam**<br>**3702 Chestnut Hill Lane**<br>**Chattanooga, TN 37421** | | H | Oct. 2008<br>Investor claim | | X | X | 13,550.75 |
| Account No.<br><br>**Mark Frederick**<br>**7115 Leicester St.**<br>**San Diego, CA 92120** | | H | Oct. 2008<br>Investor claim | | X | X | 102,550.64 |

Sheet no. __45__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                608,155.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                   ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mark Walker** <br> **216 Glenview Ct.** <br> **Marlton, NJ 08053** | | H | **Mark S. Walker Retirement LLC** | | X | X | 200,000.00 |
| Account No. <br><br> **Marny Gilluly** <br> **c/o Paul Sweeney, Esq.** <br> **Yumas, Vidmar & Sweeney LLC** <br> **2530 Riva Rd. Ste 400** <br> **Annapolis, MD 21401** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 60,536.77 |
| Account No. <br><br> **Mary Ellen Alexander** <br> **1111 Isis Court Place** <br> **Kermit, TX 79745** | | H | **Investor claim** | | X | X | 24,208.58 |
| Account No. <br><br> **Mary Holland** <br> **365 Hanson Rd.** <br> **Colton, NY 13625** | | H | **Oct. 2008** <br> **Investor claim** | | X | X | 22,772.23 |
| Account No. <br><br> **Mary Palko** <br> **2409 Winton Terrace West** <br> **Fort Worth, TX 76109** | | H | **Oct. 2008** <br> **IOMA DVA 015019** | | X | X | 1,297,839.00 |

Sheet no. __46__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,605,356.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams** _____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Matthew Carroll<br>PO Box 88206<br>Colorado Springs, CO 80908 | | H | Oct. 2008<br>Investor claim | | X | X | 149,881.54 |
| Account No.<br><br>Michael Bagnoli<br>40 Redwood Ct.<br>Lafayette, IN 47905 | | H | Oct. 2008<br>Investor claim | | X | X | 109,428.99 |
| Account No.<br><br>Michael Marzella<br>PO Box 9423<br>Fountain Valley, CA 92728 | | H | Oct. 2008<br>MFM Services LP | | X | X | 316,551.73 |
| Account No.<br><br>Michael Marzella<br>PO Box 9423<br>Fountain Valley, CA 92728 | | H | Oct. 2008<br>IRA | | X | X | 140,926.17 |
| Account No.<br><br>Michael McEvoy<br>1416 Clover Creek Dr.<br>Longmont, CO 80503 | | H | Oct. 2008<br>Investor claim | | X | X | 30,693.85 |

Sheet no. __47__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **747,482.28**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                              ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael Puz<br>3109 Grand Ave. #116<br>Miami, FL 33133** | | H | Oct. 2008<br>Investor claim | | X | X | 403,471.04 |
| Account No.<br><br>**Michael Teague<br>2952 Dug Gap Road<br>Louisville, TN 37777** | | H | Preserve, LLC | | X | X | 82,551.00 |
| Account No.<br><br>**Mickey Melton<br>Los Olas Resort Lot H-03<br>Playa La Barqueta<br>Guarumal, District De Alanje<br>Chiriqui Panama** | | H | Investor claim | | X | X | 39,065.43 |
| Account No.<br><br>**Millicent Grant<br>Tropicana Plaza Leeward Hwy.<br>PO Box 656<br>Providenciales Turks&Caicos** | | H | HallmarkTrust Ltd-<br>Rizzoli Investments; A/C; Hibiscus Gardens;<br>Montana Moon; Rodeo Drive; Shades of Glory;<br>Joyce Co; Hartford Mgmt; Macro Development;<br>Mazeltov Invest; OTE; Shannon Corp; T42;<br>Triton Mgmt<br>Joyce Co<br>Hartford Mgmt Ltd | | X | X | 4,979,619.00 |
| Account No.<br><br>**Mitchell Fleisher<br>987 Rodes Farm Dr.<br>Nellysford, VA 22958** | | H | Oct. 2008<br>Investor claim | | X | X | 208,734.02 |

Sheet no. __48__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,713,440.49**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams**                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nancy Radi Colquitt** <br> **12363 E. Bates Circle** <br> **Aurora, CO 80014** | | H | | Oct. 2008 <br> **Investor claim** | | X | X | 76,294.35 |
| Account No. <br><br> **Nancy Romaine-Zapata** <br> **PO Box 791023** <br> **Paia, HI 96779** | | H | | **Investor claim** | | X | X | 145,471.00 |
| Account No. <br><br> **Narenda & Usha Sood** <br> **21 Stillmeadow Lane** <br> **Grosse Pointe, MI 48236** | | H | | Oct. 2008 <br> **IOMA DVA 015012** | | X | X | 1,197,415.37 |
| Account No. <br><br> **Neil Fedje** <br> **201 Woodland Terrace** <br> **Cavalier, ND 58220** | | H | | Oct. 2008 <br> **Investor claim** | | X | X | 22,001.58 |
| Account No. <br><br> **Nick Heidenry** <br> **4215 White Birch Dr.** <br> **Lisle, IL 60532** | | H | | Oct. 2008 <br> **Investor claim** | | X | X | 58,197.76 |

Sheet no. __49__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,499,380.06

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams_____ ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Nikolai Batto c/o Alliance Investment Mgmt Center of Commerce, 1st FL One Bay St. PO Box SS-19051 Nassau, The Bahamas | | H | | | X | X | Unknown |
| Account No. | | | Investor claim | | | | |
| Nina Ortega PO Box 2407 Sebastopol, CA 95473-2407 | | H | | | X | X | 292,355.00 |
| Account No.  **0068** | | | investment | | | | |
| Olga Markova c/o Paul Sweeney, Esq. Yumkas, Vidmar & Sweeney LLC 2530 Riva Rd. Ste 400 Annapolis, MD 21401 | | H | | | X | X | 283,120.00 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Patrick Moorehouse 2451 Cumberland Pkwy. #3339 Atlanta, GA 30339 | | H | | | X | X | 124,584.97 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Patrick Sung 10036 Avenel Farm Dr. Potomac, MD 20854 | | H | | | X | X | 62,917.46 |

Sheet no. __50__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    762,977.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Patty Kaltneckar<br>18095 Gray Mare Lane<br>Peyton, CO 80831-7123 | | H | 7/31/2009<br>Investor claim | | X | X | 83,914.22 |
| Account No.<br><br>Paul & Beverly Sheets<br>113 Faust Circle<br>Bellefonte, PA 16823 | | H | Investor claim | | X | X | 67,980.00 |
| Account No.<br><br>Paul Ferrari<br>1137 Retro Hughes Rd.<br>Sale Creek, TN 37373 | | H | Oct. 2008<br>Investor claim | | X | X | 225,121.76 |
| Account No.<br><br>Paul Sheets<br>113 Faust Circle<br>Bellefonte, PA 16823 | | H | Oct. 2008<br>Investor claim | | X | X | 48,878.68 |
| Account No.<br><br>Peter Kocurek<br>4489 Chase Dr.<br>Huntington Beach, CA 92649 | | H | Oct. 2008<br>Investor claim | | X | X | 392,152.25 |

Sheet no. __51__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **818,046.91**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gregory James Adams**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Phil Aeschliman<br>3244 County Rd. 15<br>Wauseon, OH 43567 | | H | | Oct. 2008<br>Investor claim | | X | X | 59,265.07 |
| Account No. <br><br>Phil Rountree<br>743 Gold Hill Place #150<br>Woodland Park, CO 80863 | | H | | Investor claim | | X | X | 1,862.41 |
| Account No. <br><br>Philip Cooley<br>PO Box 423<br>Eaton, IN 47338 | | H | | Oct. 2008<br>Investor claim | | X | X | 23,685.51 |
| Account No. <br><br>Pietragallo Gordon Alfano<br>Bosick & Raspanti, LLP<br>One Oxford Centre, 38 Floor<br>Pittsburgh, PA 15219 | | H | | Oct. 2008<br>Attorney fees | | X | X | 30,000.00 |
| Account No. <br><br>Rachel Humphrey<br>Route 1 Box 20<br>Mount Hope, WV 25880 | | H | | Oct. 2008<br>Investor claim | | X | X | 815.23 |

Sheet no. __52__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,628.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams** , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Radha Trivedi 202 India Lane Fallbrook, CA 92028 | | H | Oct. 2008 Investor claim | | X | X | 274,947.55 |
| Account No. Raymond Lekowski 3900 Galt Ocean Dr. #1201 Fort Lauderdale, FL 33308 | | H | Oct. 2008 Investor claim | | X | X | 339,021.81 |
| Account No. RBS Citizens PO Box 42014 Providence, RI 02940 | | H | Business debt- Greg Adams Insurance | | | | 30,000.00 |
| Account No. Regina Mitchell 220 Martin Ave. Oak Hill, WV 25901 | | H | Investor claim | | X | X | 64.00 |
| Account No. Regina Schaller 2751 Cottonwood Dr. Springfield, OH 45504 | | H | IRA | | X | X | 44,706.82 |

Sheet no. __53__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 688,740.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams** _____,    Case No. _____

 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>Regina Tallon Wolfson<br>10685 Hazelhurst Dr. #3035<br>Ste L6259<br>Houston, TX 77043 | | H | Oct. 2008<br>Investor claim | | X | X | 50,025.30 |
| Account No.  <br><br>Richard Corey<br>1235 Edgewood Rd.<br>Charleston, WV 25302 | | H | Oct. 2008<br>Grand Torino Investments, LLC | | X | X | 73,642.00 |
| Account No.  <br><br>Richard Krogel<br>719 Interprid Way<br>Davidsonville, MD 21035 | | H | Oct. 2008<br>Investor claim | | X | X | 393,473.00 |
| Account No.  <br><br>Richard Moore<br>10 Tara Loop<br>Belen, NM 87002 | | H | Oct. 2008<br>Investor claim | | X | X | 1,931.15 |
| Account No.  <br><br>Richard Schubert<br>2592 Atlanta Ave. #35<br>Riverside, CA 92507 | | H | Investor claim | | X | X | 67,368.00 |

Sheet no. __54__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     586,439.45

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Oct. 2008<br>Investor claim | | | | |
| Richard Vance<br>421 Curtis Dr.<br>Huntsville, AL 35803-1071 | | H | | | | X | X | |
| | | | | | | | | 149,884.89 |
| Account No. | | | | Investor claim | | | | |
| Richard Wilder<br>11432 Chula Vista Court<br>San Jose, CA 95127 | | H | | | | X | X | |
| | | | | | | | | 27,006.00 |
| Account No. | | | | Linda - $49,888.64<br>Robert - $40,769.49 | | | | |
| Robert & Linda Archer<br>8235 Willow Ranch Trail<br>Reno, NV 89523 | | H | | | | X | X | |
| | | | | | | | | 90,658.13 |
| Account No. | | | | Robert Woodworth Heritage, LLC | | | | |
| Robert & Marilyn Woodworth<br>76 Poplar Dr.<br>Shelburne, VT 05482-7509 | | H | | | | X | X | |
| | | | | | | | | 107,823.00 |
| Account No. | | | | Malachi 310, LLC | | | | |
| Robert & Sherrie Page<br>428 Walthour Dr.<br>Rincon, GA 31326 | | H | | | | X | X | |
| | | | | | | | | 233,827.34 |

Sheet no. __55__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

609,199.36

B6F (Official Form 6F) (12/07) - Cont.

In re     **Gregory James Adams**                                    ,          Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert Andersen<br>4615 La Paz Lane<br>Riverside, CA 92501 | | H | Oct. 2008<br>Investor claim | | X | X | 15,032.98 |
| Account No.<br><br>Robert Lawson<br>330 NW Ilwaco St.<br>Camas, WA 98607 | | H | Investor claim | | X | X | 99,212.00 |
| Account No.<br><br>Robert Wenning<br>8141 St. Rt 119<br>Maria Stein, OH 45860 | | H | GEG, LLC | | X | X | 67,389.00 |
| Account No.<br><br>Robin Gate<br>Calle Mariposa 2, Colonia<br>Amatlan Tepozlan, C.P 62520<br>C.R. 62521<br>Morelos Mexico | | H | Investor claim | | X | X | 80,931.00 |
| Account No.<br><br>Ronnie & Pam Leverich<br>1121 Riverbirch Dr.<br>Yukon, OK 73099 | | H | Faith Investments, LLC | | X | X | 104,461.00 |

Sheet no. __56__ of __67__ sheets attached to Schedule of       Subtotal                              367,025.98
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Investor claim | | | | |
| **Sally Coupal** **30 Deleware Ct.** **Palm Harbor, FL 34684** | | H | | | X | X | |
| | | | | | | | 136,760.81 |
| Account No. | | | FJRA Trust | | | | |
| **Sandra Bay** **59122 Highway 26** **Mount Vernon, OR 97865** | | H | | | X | X | |
| | | | | | | | 167,150.90 |
| Account No. | | | Investor claim | | | | |
| **Sandra Doren** **PO Box 30242** **Bethesda, MD 20824** | | H | | | X | X | |
| | | | | | | | 197,013.50 |
| Account No. | | | Steve and Sandra, LLC | | | | |
| **Sandra Merritt** **Steve Garcia** **705 Eastridge Place** **Boise, ID 83712** | | H | | | X | X | |
| | | | | | | | 100,831.00 |
| Account No. | | | April 2012 Claimant Ortega | | | | |
| **Scott L. Adkins, Esq.** **Menzer & Hill PA** **2200 NW Corporate Blvd. #406** **Boca Raton, FL 33431** | | H | | | X | X | |
| | | | | | | | 214,338.22 |

Sheet no. __57__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

816,094.43

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                                      ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | March 2012 Claimant, Kenneth Nepove | | | | |
| Scott L. Adkins, Esq. Menzer & Hill, PA 2200 NW Corporate Blvd. #406 Boca Raton, FL 33431 | | H | | | X | X | 848,066.00 |
| Account No. | | | Oct. 2008 Roth IRA | | | | |
| Sharlynn Edwards 970 East State Route 302 Belfair, WA 98528 | | H | | | X | X | 11,337.52 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Sharon Brantley Operations Center The Law Bldg. Suite 100 The Valley Anguilla British West Indies | | H | | | X | X | 60,080.60 |
| Account No. | | | Investor claim | | | | |
| Sharon Schiller 17240 Red Fox Trail Chagrin Falls, OH 44023 | | H | | | X | X | 9,987.00 |
| Account No. | | | Anchor Holdings II, LLC | | | | |
| Sheila Johns 1603 Tilton Dr. Silver Spring, MD 20902 | | H | | | X | X | 400,000.00 |

Sheet no. __58__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        1,329,471.12

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                     ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **L3.4**<br><br>**State Farm FCU**<br>**Attn: Frank Giancatarino**<br>**One State Farm Drive**<br>**Concordville, PA 19339** | | H | **2004 Nissan**<br>**Repossessed** | | | | 1,667.00 |
| Account No.<br><br>**State Farm Federal CU**<br>**Attn: Frank Giancatarino**<br>**One State Farm Drive**<br>**Concordville, PA 19339** | | H | **Line of credit** | | | | 11,673.00 |
| Account No.<br><br>**Stephen Abdu**<br>**713 Blake Hill Rd.**<br>**New Hampton, NH 03256** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 5,065.52 |
| Account No.<br><br>**Stephen Mayer**<br>**PO Box 451**<br>**Alton, IL 62002** | | H | **West Chester, LLC** | | X | X | 121,207.00 |
| Account No.<br><br>**Stephen Nepove**<br>**39600 Airport Rd.**<br>**Little River, CA 95456** | | H | **Investor claim** | | X | X | 17,666.59 |

Sheet no. __59__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

157,279.11

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory James Adams**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Stephen Richards<br>3217 NW Lacamas Dr.<br>Dallesport, WA 98617 | | H | | Oct. 2008<br>Investor claim | | X | X | 169,160.56 |
| Account No.<br><br>Steve & Meredith Loring<br>4946 Lorrea Ct.<br>Las Cruces, NM 88011 | | H | | Oct. 2008<br>Meredith - $23,179.16<br>Steve & Meredith - $60,215.95 | | X | X | 83,395.11 |
| Account No.<br><br>Steve Garcia<br>705 Eastridge Place<br>Boise, ID 83712 | | H | | Investor claim | | X | X | Unknown |
| Account No.<br><br>Steve Larkins<br>3532 Slopeview Dr.<br>San Jose, CA 95148 | | H | | Investor claim | | X | X | 40,033.30 |
| Account No.<br><br>Steven Durbano<br>8345 NW 66th St. #7756<br>Miami, FL 33166 | | H | | Oct. 2008<br>Investor claim | | X | X | 106,267.50 |

Sheet no. __60__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

398,856.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**                                        , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oct. 2008 Trust | | | | |
| Steven Wasson 14170 182nd Ave. NE Woodinville, WA 98072 | | H | | | X | X | 234,476.27 |
| Account No. | | | Sunil Chitre Retirement, LLC | | | | |
| Sunil Chitre 4613 Monterosa Lane Round Rock, TX 78665 | | H | | | X | X | 222,616.00 |
| Account No. | | | Investor claim | | | | |
| Susan Dodge 19/2 Giora Josephthal St. Pisgat Ze | | H | | | X | X | 36,937.00 |
| Account No. | | | Oct. 2008 Investor claim | | | | |
| Sylvia Kehle 10 Town Plaza, #315 Durango, CO 81301 | | H | | | X | X | 193,333.49 |
| Account No. | | | Anchor Holdings II, LLC | | | | |
| T. Todd Johns 1603 Tilton Dr. Silver Spring, MD 20902 | | H | | | X | X | 782,685.26 |

Sheet no. __61__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,470,048.02

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory James Adams__ _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Tamara Polychronis<br>PO Box 712084<br>Salt Lake City, UT 84171 | | H | Oct. 2008<br>Moonlite Management Co., Inc | | X | X | 146,985.00 |
| Account No. <br><br>Thomas A. Buckley, Esq.<br>1991 Village Park Way, #202<br>Encinitas, CA 92024 | | H | April 2010<br>Buehler v SIAM, Gregory Adams, et al | | X | X | Unknown |
| Account No. <br><br>Thomas Davies/Nakayama<br>9720 Echo Hills Dr.<br>Las Vegas, NV 89134 | | H | Oct. 2008<br>Employees PSP | | X | X | 218,574.42 |
| Account No. 3009<br><br>Thomas Gavin Newton<br>9721 Brookville Rd.<br>Plymouth, MI 48170 | | H | Funds invested with Anchor Hedge Fund/PIWM | | X | X | 62,644.00 |
| Account No. <br><br>Thomas Healy<br>109 Conego Pl.<br>PO Box 2244<br>Durango, CO 81301 | | H | Oct. 2008<br>Investor claim | | X | X | 511,404.41 |

Sheet no. __62__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

939,607.83

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gregory James Adams**_____ ,                    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Thomas Thibodeau<br>1102 Ben Franklin Dr. #812<br>Sarasota, FL 34236** | | H | | Oct. 2008<br>**Investor claim** | | X | X | 79,261.32 |
| Account No.<br><br>**Thomas Todd  & Sheila Johns<br>1603 Tilton Dr.<br>Silver Spring, MD 20902** | | H | | **Thomas - Runnerman Holdings LLC & Anchor Holdings II LLC - $1,491,339.75<br>Joint w/Sheila - Runnerman Holdings LLC$ 1,599,634.97<br>Sheila - Runnerman Hldgs - $20,801.50** | | X | X | 3,111,775.20 |
| Account No.<br><br>**Tom & Lee Larson Manson<br>80 Highpoint Dr.<br>Gulf Breeze, FL 32561** | | H | | Oct. 2008<br>**Joint** | | X | X | 72,080.90 |
| Account No.<br><br>**Tom & Margaret Van Dyke<br>420 N. Bayshore Dr.<br>Columbiana, OH 44408** | | H | | Oct. 2008<br>**Margaret - $35,328.51<br>Tom - $203,654.08<br>Joint - $618,237.61** | | X | X | 857,220.20 |
| Account No.<br><br>**Tom Brasseur<br>2621 N. Lexington Dr.<br>Vincennes, IN 47591** | | H | | Oct. 2008<br>**Roth - 17,999.56<br>Traditional - 168,488.51** | | X | X | 186,488.07 |

Sheet no. __**63**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     4,306,825.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams** ,     Case No. _____

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Tom Buchanan**<br>**3621 Killdeer Ct.**<br>**Melbourne, FL 32904** | | H | **Investor claim** | | X | X | 64,042.73 |
| Account No. <br><br>**Tom Pierson**<br>**7 Grand Manor Court**<br>**Sugar Land, TX 77479** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 634,150.75 |
| Account No. <br><br>**Tony Luisi**<br>**39120 Argonaut Way**<br>**Apt 141**<br>**Fremont, CA 94538** | | H | **Investor claim** | | X | X | 13,252.21 |
| Account No. xxxx B401 <br><br>**U-Haul Storage**<br>**30722 US Hwy 19 North**<br>**Palm Harbor, FL 34684** | | H | **Storage - Unit B401** | | | | 111.00 |
| Account No. <br><br>**Urs Buehler**<br>**36-725 Bluebird Ave.**<br>**Rancho Mirage, CA 92270-2305** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 22,885.55 |

Sheet no. __64__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal              734,442.24
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                            ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**US Securities & Exchange Com**<br>**801 Brickell Ave. Ste 1800**<br>**Miami, FL 33131** | | H | **possible violation of federal securities law** | | X | X | **Unknown** |
| Account No.<br><br>**Walter Morgan**<br>**120 Rebecca Court**<br>**Fort Collins, CO 80524** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | **31,900.07** |
| Account No. **0117**<br><br>**Walter Pedersen**<br>**17 Veness Ave.**<br>**Rochester, NY 14616** | | H | **IRA's** | | X | X | **342,077.00** |
| Account No. **xxxx xxxx xxxx 2470**<br><br>**Wells Fargo Bank**<br>**Payment Remittance Center**<br>**PO Box 348750**<br>**Sacramento, CA 95834** | | H | **Credit card - SIAM** | | | | **7,000.00** |
| Account No.<br><br>**William Carpenter**<br>**PO Box 37262**<br>**Shreveport, LA 71133** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | **132,868.84** |

Sheet no. __**65**__ of __**67**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**513,845.91**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory James Adams**
_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| **William Cavin** **1620 Oval Circle** **Las Vegas, NV 89117** | | H | | | | X | X | 749,330.28 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| **William Evans** **39414 254th Ave. SE** **Enumclaw, WA 98022** | | H | | | | X | X | 412,948.79 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| **William Jackson** **1310 Keans Court** **Roswell, GA 30075** | | H | | | | X | X | 440,920.93 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| **William Kervin** **1343 Dolphin St.** **Orange Park, FL 32073** | | H | | | | X | X | 236,147.32 |
| Account No. | | | | Oct. 2008 Investor claim | | | | |
| **William Weser** **5885 Katara Dr.** **Galloway, OH 43119** | | H | | | | X | X | 124,310.81 |

Sheet no. __66__ of __67__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,963,658.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory James Adams**                                    ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**William Yeniscavich**<br>**4440 West Bopp Rd.**<br>**Tucson, AZ 85746** | | H | **Oct. 2008**<br>**Investor claim** | | X | X | 75,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __67__ of __67__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 75,000.00 |
| Total<br>(Report on Summary of Schedules) | | 75,524,414.79 |

B6G (Official Form 6G) (12/07)

.

In re   **Gregory James Adams**                                   ,       Case No. _____
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Gregory James Adams**                        ,      Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

              

B6I (Official Form 6I) (12/07)

In re   **Gregory James Adams**                                                          Case No. _____
                                            Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Portfolio Manager** | **Part time secretary** |
| Name of Employer | **Sovereign Private Wealth, Inc** | **Sovereign Private Wealth, Inc.** |
| How long employed | **2.5 years** | **6 months** |
| Address of Employer | **28050 US 19 North, Ste 405A** **Clearwater, FL 33761** | **28050 US 19 North, Ste. 405A** **Clearwater, FL 33761** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **4,791.67** | $ | **560.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **4,791.67** | $ | **560.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **1,003.00** | $ | **70.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,003.00** | $ | **70.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,788.67** | $ | **490.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify):   **See Detailed Income Attachment** | $ | **2,137.24** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,137.24** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,925.91** | $ | **490.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **6,415.91** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **Numbers used are historical. No income this year for debtor**
   **Little income this year for debtor's spouse**
   **Debtor hopes to be paid $2000/month going forward**

**B6I (Official Form 6I) (12/07)**

In re   **Gregory James Adams**                                    Case No. _____

                                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

**Other Monthly Income:**

| | | |
|---|---|---|
| **Company vehicle** | $ 754.24 | $ 0.00 |
| **Company cell phone** | $ 236.00 | $ 0.00 |
| **Country club dues** | $ 136.00 | $ 0.00 |
| **Health Insurance** | $ 1,011.00 | $ 0.00 |
| **Total Other Monthly Income** | $ 2,137.24 | $ 0.00 |

B6J (Official Form 6J) (12/07)

In re    **Gregory James Adams**                                                    Case No. _____
                                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 613.89 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 163.56 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other    **See Detailed Expense Attachment** | | $ | 371.73 |
| 3. Home maintenance (repairs and upkeep) | | $ | 120.70 |
| 4. Food | | $ | 508.36 |
| 5. Clothing | | $ | 176.74 |
| 6. Laundry and dry cleaning | | $ | 165.15 |
| 7. Medical and dental expenses | | $ | 135.12 |
| 8. Transportation (not including car payments) | | $ | 273.51 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 492.65 |
| 10. Charitable contributions | | $ | 497.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 92.30 |
| b. Life | | $ | 128.63 |
| c. Health | | $ | 1,011.00 |
| d. Auto | | $ | 96.33 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)    **Property taxes- home** | | $ | 46.34 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 754.24 |
| b. Other    **Marriott timeshare mortgage** | | $ | 220.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other    **See Detailed Expense Attachment** | | $ | 735.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,602.25 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,415.91 |
| b.   Average monthly expenses from Line 18 above | $ | 6,602.25 |
| c.   Monthly net income (a. minus b.) | $ | -186.34 |

**B6J (Official Form 6J) (12/07)**

In re   **Gregory James Adams**                                  Case No.   _____

                                      Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Brighthouse** | $ | **135.73** |
| **Cell phone** | $ | **236.00** |
| **Total Other Utility Expenditures** | $ | **371.73** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Condo maintenance Fee** | $ | **299.00** |
| **Country club dues** | $ | **136.00** |
| **Household expenses (toiletries, mulch, plants, paint)** | $ | **300.00** |
| **Total Other Expenditures** | $ | **735.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Gregory James Adams**
_____
                                    Debtor(s)

Case No. _____

Chapter  **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ **85** __ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 15, 2013**
_____

Signature  **/s/ Gregory James Adams**
_____

**Gregory James Adams**
Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Gregory James Adams**

Case No.

Debtor(s)

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$57,500.00** | **2012  Husband** |
| **$5,200.00** | **2011: Husband - tax return** |
| **$0.00** | **2013 – Husband YTD** |
| **$1,120.00** | **2013 - Wife** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **State Farm Bank**<br>**PO Box 77404**<br>**Trenton, NJ 08628** | **3/7/13; 4/7/13; 5/7/13** | **$1,841.67** | **$92,717.00** |
| **Marriott Vacations Worldwide**<br>**1200 Bartow Rd. Ste 19**<br>**Lakeland, FL 33801** | **2/23/13; 3/25/13; 4/25/13** | **$660.00** | **$3,227.43** |
| **Condo HOA** | **Monthly** | **$897.00** | **$0.00** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Krogel vs. Sovereign International Asset Management, Inc.**<br>**02-C-10-154874** | **Investment loss** | **Circuit Court for Anne Arundel County**<br>**Annapolis, MD** | **Default**<br>**judgment** |
| **Buehler vs Sovereign**<br>**37-2012-00051072-CU-PT-NC** | **Investment loss** | **Superior Court of California, County of**<br>**San Diego** | |
| **Nepove vs. Sovereign, Grossman and Adams**<br>**50 516 T 00274 12** | **Investment loss** | **California**<br>**International Centre for Dispute**<br>**Resolution** | **Pending** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Nina Ortega vs. Sovereign, Grossman, and Adams**<br>**50 516 T 00272 12** | **Investment loss** | **California**<br>**International Centre for Dispute Resolution** | **Pending** |
| **Millikin vs. Sovereign, Grossman, and Adams**<br>**50 516 T 00296 12** | **Investment loss** | **Arizona**<br>**International Centre for Dispute Resolution** | **Pending** |
| **Donald Columbus, MD and Chrisco LTD vs. Sovereign, Grossman, and Adams**<br>**50 512 T 00199 12** | **Investment loss** | **Texas**<br>**International Centre for Dispute Resolution** | **Pending** |
| **Magyar and RACAMA Ltd. v. Sovereign International Asset Management**<br>**32-512-00565-10** | **Investment loss** | **American Arbitration Association** | **Default judgment** |
| **Depasquale v Sovereign, Grossman and Adams**<br>**13 516Y 00877 09** | **Investment loss** | **New York City, NY**<br>**American Arbitration Assoc.** | **Released** |
| **Van Dyke v. Grossman, Adams, Sovereign**<br>**4:09-CV-02823** | **Investment loss** | **US District Court Northern Distrit of Ohio** | **Dismissed and released** |
| **Gardiner Robinson v. Sovereign and Gregory Adams**<br>**33 516 00084** | **Investment loss** | **Arbitration** | **Settlement** |
| **Citizens Bank of Pennsylvania v. Greg Adams Insurance Agency**<br>**GO 12-16468** | **Monies loaned** | **Allegheny County, PA** | **Pending** |
| **Lillian DePasquale vs. Greg Adams**<br>**13-174-02544-11** | **Investment Loss** | **American Arbitration Assoc.** | **Pending** |
| **Lillian DePasquale vs. Gregory J. Adams**<br>**652817/2012** | **Investment loss** | **Supreme Court of the State of New York** | **Default judgment** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **State Farm FCU**<br>**One State Farm Dr.**<br>**Concordville, PA 19339** | | **2004 Nissan**<br>**$14,000** |

B7 (Official Form 7) (04/13)
4

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
□    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Harborside Christian Church 2200 Marshall St. Safety Harbor, FL 34695** | | **monthly tithe in 2012** | **$6,065** |

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
□    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joryn Jenkins & Associates 3839 West Kennedy Blvd. Tampa, FL 33609** | **5/8/12** | **$2,500.00** |

B7 (Official Form 7) (04/13)
5

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None □    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Caye International Bank** | **SIAM account in Anguilla** | **$700.00 November 2012** |
| **First Commonwealth** | **Greg Adams Insurance, Inc.** | **$61.00 April 2012** |
| **BB&T** | **Soverign Private Wealth (SPW) checking** | **$180.17 5-2-13** |

**12. Safe deposit boxes**

None □    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Hancock Bank 35388 US Hwy 19 N Palm Harbor, FL 34684** | | **empty - plan to close** | |

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None □    List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Sheffield, LLC (Nevis)** | **Trust Accounts:**<br>**Acct #348036 - $9,932.99**<br>**Acct #348043 - $8,210.13**<br>**Acct #348050 - $95,308.00**<br>**Acct #348067 - $27,049.66**<br>**Acct #348074 - $16,893.22** | |
| **Sheffield Fund Limited (BVI)** | **Trust Accounts:**<br>**Acct #362487 - $1,498.32**<br>**Acct #362494 - $226,739.76**<br>**Acct #362524  - $680.41**<br>**Acct #362531 - $5,271.91**<br>**Limited Class A**<br>**- Ceros Financial Acct #3262000529 - $478,757.61**<br>**- Interactive Brokers Acct #U1081864 - $265,822.00**<br>**Limited Class B**<br>**- Genesis Research & Asset Mgmt - $142,849.00**<br>**Limited Class D**<br>**- SheffieldI Ventures, LLC - $750,000** | |
| **Sheffield Ventures, LLC (US)** | **Trust Accounts:**<br>**Investment with True North Venture Wells - $300,000**<br>**Investment with Tokata Oil Recovery - $400,000**<br>**Account with Hancock Bank Acct # 046233244 - $3,161.50** | |

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                  NAME USED                                  DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

B7 (Official Form 7) (04/13)
7

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Sovereign Private Wealth** | **27-0597606** | **13575 58th St. N, Ste 224 Clearwater, FL 33760** | **Registered Investment Advisor** | **July 17, 2009** |
| **Greg Adams Insurance, Inc.** | **27-0169535** | | **Insurance Agency -** | **May 7, 2009; sold June 1, 2012** |
| **Weybridge Capital LTC (BVI)** | | | **Int'l Portfolio Manager** | **9-24-10** |
| **Sheffield Capital Management LLC** | **30-0063557** | | **Private Equity General Partner** | **4/8/02** |
| **Greg Adams Insurance Agency, Inc.** | **25-1777707** | | **Insurance Agency - closed** | **1/1/96** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
8

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS | DATES SERVICES RENDERED
**Glazer Financial** | **Accountant**
**13747 Montfort Dr.**
**Suite 350**
**Dallas, TX 75240**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME        ADDRESS        DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME | ADDRESS
**Glazer Financial** | **13747 Montfort Dr.**
  | **Suite 350**
  | **Dallas, TX 75240**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS        DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
                                                           (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST
**Gregory J. Adams**               **100%**

B7 (Official Form 7) (04/13)
9

| | | |
|---|---|---|
| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Greg Adams**<br>**5951 Yucca Ct.**<br>**Palm Harbor, FL 34684** | **President** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

| | |
|---|---|
| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| | |
|---|---|
| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| | |
|---|---|
| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

| | |
|---|---|
| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

| | |
|---|---|
| None ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **May 15, 2013**                                   Signature   **/s/ Gregory James Adams**

                                                                    **Gregory James Adams**
                                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Gregory James Adams** _____    Case No. _____

_____

                                                    Debtor(s)                Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**2007 Range Rover**<br>**(owned by SPW)** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Marriott Vacations Worldwide** | **Describe Property Securing Debt:**<br>**Timeshare - FL**<br>**Marriott Sabal Palms**<br>**8805 World Center Dr.**<br>**Orlando, FL 32821** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**State Farm Bank** | **Describe Property Securing Debt:**<br>**Residence**<br>**2951 Yucca Ct.**<br>**Palm Harbor, FL**<br>**Value taken from Zillow 4-8-13** |

Property will be (check one):

   ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property

   ■ Reaffirm the debt

   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **May 15, 2013** _____    Signature   **/s/ Gregory James Adams**
                                                         **Gregory James Adams**
                                                         Debtor

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Gregory James Adams** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gregory James Adams** _____   X **/s/ Gregory James Adams**      **May 15, 2013**
Printed Name(s) of Debtor(s)                         Signature of Debtor                Date

Case No. (if known) _____   X _____
                                                 Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Gregory James Adams** _____    Case No. _____

                                          Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May 15, 2013** _____      **/s/ Gregory James Adams** _____

                                                        **Gregory James Adams**
                                                        Signature of Debtor

Gregory James Adams
2951 Yucca Ct.
Palm Harbor, FL 34684

Allen Dale Turner
3709 S. George Mason 416 E
Falls Church, VA 22041

Anthony Consales
3045 Jacks Run Rd.
McKeesport, PA 15131

Joryn Jenkins
Joryn Jenkins & Associates
3839 West Kennedy Blvd.
Tampa, FL 33609

Allison & Val Coelho
5106 NW 125th Ave.
Pompano Beach, FL 33076

Anthony Ferroni
3141 Darby Rd.
Keswick, VA 22947

Adam Lawton, Esq.
Bush, Ross, PA
PO Box 3913
Tampa, FL 33601-3913

American Arbitration Assn.
PO Box 4155
Sarasota, FL 34230

Anthony M. Abraham, Esq
Centennial Ridge Complex
19 Benedict Place
Carmel, NY 10512

Adrian & Mark VanLuven
47 Ridgewood Dr.
Lakeside, MT 59922

Amy Abler
300 Queen Anne Ave. N 192
Seattle, WA 98109

Anthony M. Abraham, Esq.
Centennial Ridge Complex
19 Benedict Place
Carmel, NY 10512

Advisor Products
333 Jericho Trnpke. Ste 333
Jericho, NY 11753

Andre Michalak
1881 N. Nash St. Unit 1611
Arlington, VA 22209-1570

Anthony Notaro
346 Lake Dr.
Ruckersville, VA 22968

Agnes Szpunar
77 North 1220 East
Logan, UT 84321

Andrea Lyman
338 Syringa Hts. Rd.
Sandpoint, ID 83864

Argentia 123, LLC
9720 Echo Hills Dr.
Las Vegas, NV 89134

Al Handwerker
PO Box 44
Stuart, FL 34995-0044

Andrew Gay/Rombus Investment
901 E. Camion Real, 3A
Boca Raton, FL 33432

Axis Capital
308 N. Locust St.
Grand Island, NE 68801

Alex Dunnette
PO Box 73
Scio, OR 97374

Angela Javora
20914 Tonydale Lane
Spring, TX 77388

Bank of America
PO Box 45224
Jacksonville, FL 32232

Alfonsia Davies (Deceased)
6622 Birchwood St.
San Diego, CA 92120

Ann M. Hoffman
3206 S. Osceola St.
Denver, CO 80236

Barb Groff-Feldman
1621 Broad St.
Perkasie, PA 18944

Barbara Turner
919 Sunnyside Dr.
Clarksville, IN 47129

Bob & Colleen Reichert
3238 Chardon Ct.
Littleton, CO 80126

Cahal Carmody
224 Melrose Ave.
Toronto, Ontario M5M 1Z1

Barry & Janice Wilson
Apartado 1011-00149
Correas De Chame Panama

Bonnie Lykes-Bigler
PO Box 025724
Miami, FL 33102-5724

Carl Brautigam
100 Pinewinds Blvd.
Oldsmar, FL 34677

Barry Berggren
7 Grace Lane
Dudley, MA 01571

Boyce Bridges
206 Armstrong Dr.
Cramerton, NC 28032

Carlton King
3309 Elebash Hill
Montgomery, AL 36106

Barry Winston, MD
1140 Cypress Station, #306
Houston, TX 77090

Bradley Pine
119 N. Main St. #1
Greenville, SC 29601

Carmen Jagt
242 Gulf Aire Blvd.
Winter Haven, FL 33884

BB&T Financial, FSB
PO Box 698
Wilson, NC 27894

Brenda & Grover Rockey
3439 Moog Rd.
Holiday, FL 34691

Carmen Montes
4821 American River Dr.
Carmichael, CA 95608

Beatrice Forrar
570 Sawgrass Bridge Rd.
Venice, FL 34292

Brian McCullough
1006 James St.
Apex, NC 27502

Carol Garnett
33202 Lake Lanier
Fremont, CA 94555

Bernardo & Ann Garcia
PO Box 579
Frazier Park, CA 93225

Brighthouse
700 Carillon Pkwy.
Saint Petersburg, FL 33716

Carol Sue Omness
PO Box 588
Searsport, ME 04974

Bette Abdu
713 Blake Hill Rd.
New Hampton, NH 03256

Brown & Joseph LTD
PO Box 59838
Schaumburg, IL 60159-0838

Carole Swagger
3105 Sandy Circle
Haines City, FL 33844

Blue Bonnet Enterprises
5 Rio Vista
Kerrville, TX 78028

Bruce Harris
391 Asharoken Ave.
Northport, NY 11768-1168

Carolee & Robert Cross
2340 Hwy 180 E #250
Silver City, NM 88061

Charles & Karen Parrish
602 Bloomfield Rd.
Bardstown, KY 40004

Christine Leja
2813 Fairway Dr.
Belleville, IL 62220

Conrad Nagel
2841 Apple Blossom Dr.
Alva, FL 33920

Charlie Edwards
970 East State Route 302
Belfair, WA 98528

Christopher Ronan
PO Box 863224
Plano, TX 75086

Creston Denny Hall
1832 N.E. Brown Rd.
Washougal, WA 98671

Chase Bank Ink Card
Cardmember Service
PO Box 15153
Wilmington, DE 19886

Christopher W. Gilluly
c/o Paul Sweeney, Esq.
Yumkas, Vidmar & Sweeney LLC
2530 Riva Rd. Ste 400
Annapolis, MD 21401

D. Michael MacLeod
9 Calle Francesca
Rancho Santa Margarita, CA 92688

Chase Bank Marriott Card
Cardmember Service
PO Box 15153
Wilmington, DE 19886

Citizens Bank of PA
443 Jefferson Blvd. West
Warwick, RI 02886

Dan & Jane Pendergast
1700 Capeway Rd.
Powhatan, VA 23139

Chase Bank Southwest Card
Cardmember Service
PO Box 15153
Wilmington, DE 19886

Clark Kenyon
2326 Eagle View Dr.
Colorado Springs, CO 80909

Dan &Collette Eldridge Smith
402 Oak Street
Hood River, OR 97031

Chester Sweeney
605 Quail Keep Dr.
Safety Harbor, FL 34695

Clayton Montgomery
3816 S. Lamar Blvd. #1516
Austin, TX 78704

Daniel Katz
214 Springhouse Valley Dr.
Tiger, GA 30576

Chiropractic Center MPP
144 Coppertree Court
Edison, NJ 08820

Cliff Hayes
8 Saint Andrews Dr.
Rogers, AR 72758

Danny Ray
PO Box 157
Huntsville, AR 72740

Chrisco Ltd Ptr
413 The Hills Rd.
Horseshoe Bay, TX 78657

Clifford Kelly
149 Ell Pond Rd.
Wells, ME 04090

Darlene O'Daniels
100 Pinewinds Blvd.
Oldsmar, FL 34677

Christine Kelley
181 Boston Post Rd. E#41
Marlborough, MA 01752

Commercial Equipment Leasing
PO Box 660831
Dallas, TX 75266

David & Connie Stulman
4609 Hickory Rd.
Temple, TX 76502

David & Joan Doyle
16500 Plantation Woods Dr.
Charlotte, NC 28278

David Zacharias
2655 Ulmerton R. #139
Clearwater, FL 33762

Dominique Castro
35 Edenbrook Dr.
Hampton, VA 23666

David & Regina Schaller
2751 Cottonwood Dr.
Springfield, OH 45504

Dean Bayer
Gabriela Mistral 1587
Cp 70000 Colonia Uruguay

Don & Elaine Ford
4109 SW Darien St
Port Saint Lucie, FL 34953

David Campbell
3800 E. Lincoln Dr. #28
Phoenix, AZ 85018

Dean Kehmeier
4815 Old Post Circle
Boulder, CO 80301

Donald Columbus
413 The Hills Rd.
Horseshoe Bay, TX 78657

David Glover
1845 Mitchell Ave.
Oroville, CA 95966

Deanna Goodrich
26001 S 605 Rd.
Grove, OK 74344

Donald Rascento
3703 Shadow Ridge Rd N
Wilson, NC 27896

David Hober
145 River Landing Dr.
Roswell, GA 30075

Deanna Goodrich Ret. LLC
26001 S 605 Rd.
Grove, OK 74344

Dorothy E Crisp
27222 Alton Way
Huffman, TX 77336

David J. Bradach
1068 6th Ave. N.
Naples, FL 34102

Deborah Chamitoff
110-174 Wilson Street
Victoria BC VGA7N7

Doug Kulm
3109 11th St.
Silvis, IL 61282

David Mann
620 Head of the Bay Rd.
Buzzards Bay, MA 02532-2167

Debra Madaras
348 Sandy Bottom Rd.
Marshall, NC 28753

Dr. Carlton King
3309 Elebash Hill
Montgomery, AL 36106

David Oberdorfer
623 Lake Forest
Bonner Springs, KS 66012

Deta Davis
346 Lake Dr.
Ruckersville, VA 22968

Earl F. Surratt
389 Pine Brook Dr.
Livingston, TX 77351

David Wall
1749 Long Bow Lane
Clearwater, FL 33764-6401

Doak Ewing
1126 Tennyson Lane
Naperville, IL 60540

Edward E. Hale
101 Cambridge Trail #201
Sun City Center, FL 33573

Elizabeth Schreiner
PO Box 327
Mound, MN 55364

Gardiner Robinson
20423 State Road 7
Ste. F6- Pmb #304
Boca Raton, FL 33498

Gerald A. Walker
3805 Lower River Rd.
Livingston, KY 40445

EPRE, LLC
1324 Seven Springs Blvd.
#363
New Port Richey, FL 34655

Gary Fusfield, Esq.
PO Box 220
Bryson, TX 76425

Gerald J. Oravec
11245 Frost Rd.
Mantua, OH 44255

Fidelity Ins.Co.
Operations Center
The Law Bldg. Ste. 100
The Valley Anguilla
British West Indies

Gary Houseman
203 Churchill Farms Rd.
Murfreesboro, TN 37127

Glen T. Urquhart
4 East Lake Dr.
Rehoboth Beach, DE 19971

Fidelity Insurance Co
RG Solomon Arcade Ste 11
POB 605
Charlestown NEVIS

Gary Linck
3327 Peninsula Circle
Melbourne, FL 32940

Glenn Lilleskov
2217 Trolls Court NW
Rochester, MN 55901

Fidelity Insurance Co.
2461 Rhodesian Dr. #73
Clearwater, FL 33763-1944

Gavin (Thomas) Newton
9721 Brookville Rd.
Plymouth, MI 48170

Global Relay Communications
220 Cambie St., 2nd FL
Vancouver BC V6B 2M9

First Commonwealth
PO Box 400
Indiana, PA 15701

George & Doris Swenson
202 3rd Avenue NW
Sidney, MT 59270-4028

Gloria Strazar
427 Morris Ave.
Providence, RI 02906

First Niagra Bank
1801 Route 286
Pittsburgh, PA 15239

George Sharp
27197 Buckskin Trail
Harbeson, DE 19951

Gregory Alexander
1111 Isis Court Place
Kermit, TX 79745

Fondacion Caballo Rojo
1102 Ben Franklin Dr. #812
Sarasota, FL 34236

George Wilson Hall
11902 Louis Lane Dr.
Pinehurst, TX 77362

Gregory P. Robinson
Stanco & Robinson, LLC
428 Fourth Street, Ste 3
Annapolis, MD 21403

Freedomstar
c/o American Services Group
107-23 71st Rd. Ste 230
Forest Hills, NY 11375

Georgina Carson
3626 Birdland Ave.
Akron, OH 44319

H. Phil Herre
940 South Locust St. Unit D
Denver, CO 80224

Harlan Sager
2615 Evening Sky Dr.
Henderson, NV 89052

International Castings &
 Equipment
1310 Keans Court
Roswell, GA 30075

James Benoit
303 Horseshoe Rd.
Schriever, LA 70395

Harley Bofshever
4365 Banyan Trails Dr.
Pompano Beach, FL 33073

International Centre for
Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019

James Brandel
c/o American Services Grp.
Total Fulfillment Center
107-23 71st Rd. Ste 230
Forest Hills, NY 11375

Howard Thompson
2106 W. View Dr.
Sun City Center, FL 33573

J. Christopher Harris, Esq.
Hatfield Harris PLLC
5208 Village Pkwy. Ste 9
Rogers, AR 72758

James Davidson
Cassilla Postal 11-01-95
Ciudad De Loja ECUADOR

Hoyt S. Neal, Esq.
Renaud Cook Drury Mesaros PA
One North Central Ave #900
Phoenix, AZ 85004

Jack Lowder
7709 Las Palmas Way
Jacksonville, FL 32256-0225

James Gullo
370 Lane Road
Chester, NH 03036

Ida Pagenta
2461 Rhodesian Dr. #73
Clearwater, FL 33763-1944

Jacques Adoue
531 Cutty Tr. Apt B
Austin, TX 78734

James Matthews
4266 C Dogwood Lake Rd.
Bailey, MS 39320

Ingrid Lang
c/o Kristen Lang
10821 56th Ave. South
Seattle, WA 98178

James & Sandra Bay
59122 Highway 26
Mount Vernon, OR 97865

James Peacock (deceased)
c/o Deneen Di Pippo
6355 Dye Road
Akron, NY 14001

Insure Your Health, LLC
570 Sawgrass Bridge Rd.
Venice, FL 34292

James & Sandra Fawcett Bay
59122 Hwy 26
Mount Vernon, OR 97865

James Reed
14781 Memorial Dr.
Houston, TX 77079

Internal Medicine of
Cashe Valley
77 North 1220 East
Logan, UT 84321

James & Vicki  Hughes
1000 Blaine Ave NE
Unit A
Renton, WA 98056-8727

James Russell
1778 Ashland City Rd.
Clarksville, TN 37043

International Casting &
Equipment
1310 Keans Court
Roswell, GA 30075

James Bay
59122 Highway 26
Mount Vernon, OR 97865

James Smith
226 Pine Glen Ct.
Englewood, FL 34223

Jane Jackson
7680 Moonlight Lane
Bellevue, IA 52031

Jerry & Karen Jamison
1803 Tawnee Pl.
Brandon, FL 33510-2162

John K. Fiorillo, Esq
Unruh, Turner, Burke & Frees
PO Box 515
West Chester, PA 19381-0515

Jay & Maureen Oliverio
PO Box 1721
Lake Oswego, OR 97035

Jerry Mallory
1734 New Hampshire Ave NW
#604
Washington, DC 20009

John Larry Moffitt
8890 Thakeham Pl South
Cordova, TN 38016

Jay McCorkle
10685 Hazelhurst Dr. #3035
Houston, TX 77043

Jerry Oravec
11245 Frost Rd.
Mantua, OH 44255

John Malone
9241 Hidden Bay Lane
Orlando, FL 32819

Jay Paris
144 Coppertree Court
Edison, NJ 08820

Jim Herbert
PO Box 966
Hayden, ID 83835

John Mazzarella (Deceased)
PO Box 488
Peck Slip Station
New York, NY 10272-0488

Jean Marcali
950 Willow Valley Lakes Dr.
Apt H 401
Willow Street, PA 17584

Jim Self/Mastering Alchemy
302 West Crestline Dr.
Boise, ID 83702

John Patterson
166 Fry Drive
Chillicothe, OH 45601

Jeff & Julia Hawkins
15782 Quorum Dr.
Addison, TX 75001

Joe Dougherty
2129 North Blvd.
Houston, TX 77098

John Ross
61 Blue Heron
Thornton, CO 80241

Jeffrey B. Kaplan, Esq.
Dimond Kaplan & Rothstein PA
2665 S. Bayshore Dr.
Penthouse 2B
Miami, FL 33131

Joe Wilson
21703 Venture Park Dr.
Richmond, TX 77406

John Sheridan
3818 Kinsley Pl
Winter Park, FL 32792-6233

Jennifer Hawthorne
5035 Fairways Cir. #306
Vero Beach, FL 32967

John & Lynette Perkins
1246 Nicklaus Way
Gibsonia, PA 15044

John Shintaffer
1113 Mill Pond Court
Osprey, FL 34229

Jennifer Mallory
40 Calle Cristiano
Santa Fe, NM 87508

John & Star Jamison
4491 Whisper Run Dr.
Collierville, TN 38017

John Spencer
9 West Doris Dr.
Cherry Hill, NJ 08003

Johnson, Pope, Bokor, et al
911 Chestnut St.
Clearwater, FL 33756

Joseph Saum
2520 Foxbury Lane
Findlay, OH 45840

Joseph Slonecker
846 Town & Country
Trenton, MO 64683

Joyce Goetz
3480 Streamside Ln. M201
Thousand Oaks, CA 91360

Judith Jackson
1310 Keans Court
Roswell, GA 30075

Julie Wormhoudt
4250 S. Olive St.
Unit 117
Denver, CO 80237

Jutta Vogt
21 Llanfair Circle
Ardmore, PA 19003

Katherine Blake
415 Main Western Rd
PO Box 173
N. Tamborine
Queensland Australia

Katherine Burke, Esq.
Insight Law LLC
PO Box 60
Durango, CO 81302

Kathleen & Jessica Lindblad
490 Purple Finch Way
Palm Harbor, FL 34683

Kathleen Carmen, Esq.
Monroe Professional Bldg
117 N. Monroe St.
Media, PA 19063

Kathy Lee Bainbridge
3015 Rec. Rd. Hwy 225
#3301
Brookeland, TX 75931

Kathy Neigenfind
49-950 Jefferson St.
Indio, CA 92201

Keithley Lake
Operations Center
The Law Bldg. Ste 100
The Valley
Anguilla British West Indies

Ken Hunton
1470 Whisper Rock Way
Reno, NV 89523

Ken Shepard
1162 Osprey Way
Apopka, FL 32712

Kenneth & Lesley Fluke
945 Foxhollow Run
Alpharetta, GA 30004

Kevin & Margaret Butler
684 Heritage Hill Rd.
Orange, CT 06477-2497

Kevin Kern
103 Professional Pkwy
PO Box 397
Marysville, OH 43040

Kevin King
8332 Valencia Dr.
Huntington Beach, CA 92647

Kevin Messmer
776 Bronx River Rd.
Apt B58
Bronxville, NY 10708-7920

Kevin P. Conway, Esq.
Conway & Conway
1700 Broadway, 31st Floor
New York, NY 10019

Kristi Banwart
2326 Kansas Rd.
Fort Scott, KS 66701-8516

Krystyna Kiec
31 Manor Dr.
Newton, NJ 07860

Laraine Emberson
323 E 8th St. #2B
New York, NY 10009

Larry Bowers
80 Waterfork Rd.
Ethridge, TN 38456

Larry Brandel
c/o American Services Grp
Total Fulfillment Center
107-23 71st Rd. Ste 230
Forest Hills, NY 11375

Larry Grossman
1424 Riverside Dr.
Tarpon Springs, FL 34689

Lew & Cheryl Snavely
14150 Wilder Lane
Grass Valley, CA 95945

LTD Financial Svcs LP
7322 Southwest Fwy
Ste. 1600
Houston, TX 77074

Larry Hermone
3291 Texas Hill Rd.
Placerville, CA 95667

Lilac Gardens
PO Box 615
Rancho Santa Fe, CA 92067

Mahlon Barash
Eias Aguirre 452
Apt 503
Miraflores Lima 18 Peru

Laura Grayson
5310 E 900 N
Fair Oaks, IN 47943

Lillian DePasquale
78 Stornowaye
Chappaqua, NY 10514

Mandlon Blount
PO Box 1149
Reidsville, GA 30453

Lawrence Bradel
c/o American Services Grp
Total Fulfillment Center
107-23 71st Rd. Ste 230
Forest Hills, NY 11375

Lillian DePasquale
c/o Kevin P. Conway, Esq
565 Fith Ave. 7th Floor
New York, NY 10017

Marc McIntosh
1201 Edlin Pl
Minneapolis, MN 55416

Lee Bowers
PO Box 7055
Wayne, PA 19087

Linda Hart
29081 US Hwy 19 N
Clearwater, FL 33761

Mark & Sally Hnatiuk
1209 Danville Lane
College Station, TX 77845-4847

Lee Layton
186 Sauterne Circle
Yountville, CA 94599-1288

Lonny & Sue Ann Morrow
2927 Old Highway 218
Mount Pleasant, IA 52641

Mark Elam
3702 Chestnut Hill Lane
Chattanooga, TN 37421

Lee Wendelbo
2292 Meadow Ct.
Bend, OR 97701

Lorraine Kirk
1934 Lazy Z Rd.
Nederland, CO 80466

Mark Frederick
7115 Leicester St.
San Diego, CA 92120

Les & Glennda Stokes
PO Box 2113
Sun City, AZ 85372-2113

Lou Montgomery
321 S. Main St. #532
Sebastopol, CA 95472

Mark Walker
216 Glenview Ct.
Marlton, NJ 08053

Lesley J. Fluke
945 Foxhollow Run
Alpharetta, GA 30004

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-2053

Marny Gilluly
c/o Paul Sweeney, Esq.
Yumas, Vidmar & Sweeney LLC
2530 Riva Rd. Ste 400
Annapolis, MD 21401

Marriott Vacations Worldwide
1200 Bartow Rd.
Suite 19
Lakeland, FL 33801

Michael Marzella
PO Box 9423
Fountain Valley, CA 92728

Nancy Radi Colquitt
12363 E. Bates Circle
Aurora, CO 80014

MarSall LLC
31159 Bridlegate Dr.
Bulverde, TX 78163

Michael McEvoy
1416 Clover Creek Dr.
Longmont, CO 80503

Nancy Romaine-Zapata
PO Box 791023
Paia, HI 96779

Mary Ellen Alexander
1111 Isis Court Place
Kermit, TX 79745

Michael Puz
3109 Grand Ave. #116
Miami, FL 33133

Narenda & Usha Sood
21 Stillmeadow Lane
Grosse Pointe, MI 48236

Mary Holland
365 Hanson Rd.
Colton, NY 13625

Michael Teague
2952 Dug Gap Road
Louisville, TN 37777

Neil Fedje
201 Woodland Terrace
Cavalier, ND 58220

Mary Palko
2409 Winton Terrace West
Fort Worth, TX 76109

Mickey Melton
Los Olas Resort Lot H-03
Playa La Barqueta
Guarumal, District De Alanje
Chiriqui Panama

Nick Heidenry
4215 White Birch Dr.
Lisle, IL 60532

Mastering Alchemy
3462 Forest View Ct.
Reno, NV 89511

Millicent Grant
Tropicana Plaza Leeward Hwy.
PO Box 656
Providenciales Turks&Caicos

Nikolai Batto
c/o Alliance Investment Mgmt
Center of Commerce, 1st FL
One Bay St. PO Box SS-19051
Nassau, The Bahamas

Matthew Carroll
PO Box 88206
Colorado Springs, CO 80908

Mitchell Fleisher
987 Rodes Farm Dr.
Nellysford, VA 22958

Nina Ortega
PO Box 2407
Sebastopol, CA 95473-2407

MFM Services, LP
3225 McLeod Dr.
Las Vegas, NV 89121

Nakayama
75-5865 Waluau Rd.
Unit D 422
Kailua Kona, HI 96740

Olga Markova
c/o Paul Sweeney, Esq.
Yumkas, Vidmar & Sweeney LLC
2530 Riva Rd. Ste 400
Annapolis, MD 21401

Michael Bagnoli
40 Redwood Ct.
Lafayette, IN 47905

Nancy J. Glidden, Esq.
Unruh, Turner, Burke & Frees
PO Box 515
West Chester, PA 19381-0515

Patrick Moorehouse
2451 Cumberland Pkwy. #3339
Atlanta, GA 30339

Patrick Sung
10036 Avenel Farm Dr.
Potomac, MD 20854

Phil Rountree
743 Gold Hill Place #150
Woodland Park, CO 80863

Regina Tallon Wolfson
10685 Hazelhurst Dr. #3035
Ste L6259
Houston, TX 77043

Patty Kaltneckar
18095 Gray Mare Lane
Peyton, CO 80831-7123

Philip Cooley
PO Box 423
Eaton, IN 47338

Richard Corey
1235 Edgewood Rd.
Charleston, WV 25302

Paul & Beverly Sheets
113 Faust Circle
Bellefonte, PA 16823

Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
One Oxford Centre, 38 Floor
Pittsburgh, PA 15219

Richard Krogel
719 Interprid Way
Davidsonville, MD 21035

Paul Ferrari
1137 Retro Hughes Rd.
Sale Creek, TN 37373

Rachel Humphrey
Route 1 Box 20
Mount Hope, WV 25880

Richard Moore
10 Tara Loop
Belen, NM 87002

Paul Sheets
113 Faust Circle
Bellefonte, PA 16823

Radha Trivedi
202 India Lane
Fallbrook, CA 92028

Richard Schubert
2592 Atlanta Ave. #35
Riverside, CA 92507

Perry G. Gruman, Esq.
3400 W. Kennedy Blvd.
Tampa, FL 33609

Raymond Lekowski
3900 Galt Ocean Dr. #1201
Fort Lauderdale, FL 33308

Richard Vance
421 Curtis Dr.
Huntsville, AL 35803-1071

Peter Kocurek
4489 Chase Dr.
Huntington Beach, CA 92649

RBS Citizens
PO Box 42014
Providence, RI 02940

Richard Wilder
11432 Chula Vista Court
San Jose, CA 95127

Petersen Clinic PSP
Route 1
Mount Hope, WV 25880

Regina Mitchell
220 Martin Ave.
Oak Hill, WV 25901

Robert & Linda Archer
8235 Willow Ranch Trail
Reno, NV 89523

Phil Aeschliman
3244 County Rd. 15
Wauseon, OH 43567

Regina Schaller
2751 Cottonwood Dr.
Springfield, OH 45504

Robert & Marilyn Woodworth
76 Poplar Dr.
Shelburne, VT 05482-7509

Robert & Sherrie Page
428 Walthour Dr.
Rincon, GA 31326

Sandra Doren
PO Box 30242
Bethesda, MD 20824

State Farm Bank
PO Box 77404
Trenton, NJ 08628

Robert Andersen
4615 La Paz Lane
Riverside, CA 92501

Sandra Merritt
Steve Garcia
705 Eastridge Place
Boise, ID 83712

State Farm FCU
Attn: Frank Giancatarino
One State Farm Drive
Concordville, PA 19339

Robert Lawson
330 NW Ilwaco St.
Camas, WA 98607

Scott L. Adkins, Esq.
Menzer & Hill, PA
2200 NW Corporate Blvd. #406
Boca Raton, FL 33431

State Farm Federal CU
Attn: Frank Giancatarino
One State Farm Drive
Concordville, PA 19339

Robert Wenning
8141 St. Rt 119
Maria Stein, OH 45860

Screaming Eagle
16500 Plantation Woods Dr.
Charlotte, NC 28278

Stephen Abdu
713 Blake Hill Rd.
New Hampton, NH 03256

Robin Gate
Calle Mariposa 2, Colonia
Amatlan Tepozlan, C.P 62520
C.R. 62521
Morelos Mexico

Sharlynn Edwards
970 East State Route 302
Belfair, WA 98528

Stephen Mayer
PO Box 451
Alton, IL 62002

Rombus Investment LLC
300 West Palmetto Rd.
Boca Raton, FL 33432

Sharon Brantley
Operations Center
The Law Bldg. Suite 100
The Valley
Anguilla British West Indies

Stephen Nepove
39600 Airport Rd.
Little River, CA 95456

Ronnie & Pam Leverich
1121 Riverbirch Dr.
Yukon, OK 73099

Sharon Schiller
17240 Red Fox Trail
Chagrin Falls, OH 44023

Stephen Richards
3217 NW Lacamas Dr.
Dallesport, WA 98617

Sally Coupal
30 Deleware Ct.
Palm Harbor, FL 34684

Sheila Johns
1603 Tilton Dr.
Silver Spring, MD 20902

Steve & Meredith Loring
4946 Lorrea Ct.
Las Cruces, NM 88011

Sandra Bay
59122 Highway 26
Mount Vernon, OR 97865

Soma World Finance
5035 Fairways Cir. #306
Vero Beach, FL 32967

Steve Garcia
705 Eastridge Place
Boise, ID 83712

Steve Larkins
3532 Slopeview Dr.
San Jose, CA 95148

Tamara Polychronis
PO Box 712084
Salt Lake City, UT 84171

Timothy E. Kiley, Esq.
Peterson & Myers, PA
100 West Stuart Ave.
Lake Wales, FL 33853

Steven Durbano
8345 NW 66th St. #7756
Miami, FL 33166

Thomas A. Buckley, Esq.
1991 Village Park Way, #202
Encinitas, CA 92024

Tom & Lee Larson Manson
80 Highpoint Dr.
Gulf Breeze, FL 32561

Steven Wasson
14170 182nd Ave. NE
Woodinville, WA 98072

Thomas Davies/Nakayama
9720 Echo Hills Dr.
Las Vegas, NV 89134

Tom & Margaret Van Dyke
420 N. Bayshore Dr.
Columbiana, OH 44408

Suburban Psych MMP
PO Box 7055 St. Davids
Wayne, PA 19087

Thomas E. Ferneau, Esq.
Ferneau Law Office
650 J Street #400
Lincoln, NE 68508

Tom Brasseur
2621 N. Lexington Dr.
Vincennes, IN 47591

Sunil Chitre
4613 Monterosa Lane
Round Rock, TX 78665

Thomas F. Ellis, III
Thomas F. Ellis, LLC
One Park Place, Ste 500
Annapolis, MD 21401

Tom Buchanan
3621 Killdeer Ct.
Melbourne, FL 32904

Susan Dodge
19/2 Giora Josephthal St.
Pisgat Ze

Thomas Gavin Newton
9721 Brookville Rd.
Plymouth, MI 48170

Tom Pierson
7 Grand Manor Court
Sugar Land, TX 77479

Sylvia Kehle
10 Town Plaza, #315
Durango, CO 81301

Thomas Healy
109 Conego Pl.
PO Box 2244
Durango, CO 81301

Tony Luisi
39120 Argonaut Way
Apt 141
Fremont, CA 94538

T. Todd Johns
1603 Tilton Dr.
Silver Spring, MD 20902

Thomas Thibodeau
1102 Ben Franklin Dr. #812
Sarasota, FL 34236

U-Haul Storage
30722 US Hwy 19 North
Palm Harbor, FL 34684

T2 Enterprises
10036 Avenel Farm Dr.
Potomac, MD 20854

Thomas Todd  & Sheila Johns
1603 Tilton Dr.
Silver Spring, MD 20902

Urs Buehler
36-725 Bluebird Ave.
Rancho Mirage, CA 92270-2305

US Securities & Exchange Com
801 Brickell Ave. Ste 1800
Miami, FL 33131

William Jackson
1310 Keans Court
Roswell, GA 30075

Walter Morgan
120 Rebecca Court
Fort Collins, CO 80524

William Kervin
1343 Dolphin St.
Orange Park, FL 32073

Walter Pedersen
17 Veness Ave.
Rochester, NY 14616

William Weser
5885 Katara Dr.
Galloway, OH 43119

Wells Fargo Bank
Payment Remittance Center
PO Box 348750
Sacramento, CA 95834

William Yeniscavich
4440 West Bopp Rd.
Tucson, AZ 85746

Wellspring
1416 Clover Creek Dr.
Longmont, CO 80503

Westminster Hope
Rg Solomon Arcade Suite 11
POB 605
Charlestown NEVIS

William Carpenter
PO Box 37262
Shreveport, LA 71133

William Cavin
1620 Oval Circle
Las Vegas, NV 89117

William Evans
39414 254th Ave. SE
Enumclaw, WA 98022

# United States Bankruptcy Court
### Middle District of Florida

In re    **Gregory James Adams** _____    Case No. _____
                                    Debtor(s)                          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .......................................................    $ _____**2,500.00**

    Prior to the filing of this statement I have received ..........................................    $ _____**2,500.00**

    Balance Due ......................................................................................................    $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **May 15, 2013** _____          **/s/ Joryn Jenkins** _____
                                                            **Joryn Jenkins 366072**
                                                            **Joryn Jenkins & Associates**
                                                            **3839 West Kennedy Blvd.**
                                                            **Tampa, FL 33609**
                                                            **813-870-3839   Fax: 813-877-3839**
                                                            **joryn@jorynjenkinslaw.com**

---

B22A (Official Form 22A) (Chapter 7) (04/13)

In re  **Gregory James Adams**
_____
                    Debtor(s)

Case Number: _____
                    (If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|

| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**.<br><br>☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>          a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>            ☐ I remain on active duty /or/<br>            ☐ I was released from active duty on ____, which is less than 540 days before this bankruptcy case was filed;<br><br>          OR<br><br>          b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>            ☐ I performed homeland defense activity for a period of at least 90 days, terminating on ____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/13)

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☒ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>**Debtor's Income** | **Column B**<br>**Spouse's Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $         0.00 | $         0.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ 0.00  Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 0.00  Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | $         0.00 | $         0.00 |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ 0.00  Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — Debtor $ 0.00  Spouse $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $         0.00 | $         0.00 |
| 6 | **Interest, dividends, and royalties.** | $         0.00 | $         0.00 |
| 7 | **Pension and retirement income.** | $         0.00 | $         0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $         0.00 | $         0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ 0.00 | $         0.00 | $         0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. _____ Debtor $ ____ Spouse $ ____<br>b. _____ Debtor $ ____ Spouse $ ____<br><br>Total and enter on Line 10 | $         0.00 | $         0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $         0.00 | $         0.00 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                    3

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $              0.00 |
|---|---|---|

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7).  Multiply the amount from Line 12 by the number 12 and enter the result. | $              0.00 |
|---|---|---|
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence:    **FL**    b. Enter debtor's household size:    **2** | $         51,760.00 |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed. <br> ■ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |

| a. | | $ |
|---|---|---|
| b. | | $ |
| c. | | $ |
| d. | | $ |

| Total and enter on Line 17 | | $ |
|---|---|---|

| 18 | Current monthly income for § 707(b)(2).  Subtract Line 17 from Line 16 and enter the result. | $ |
|---|---|---|

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing and other items.  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|
| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

| 20A | Local Standards: housing and utilities; non-mortgage expenses.  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                          4

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** | |
|  | <table><tr><td>a.</td><td>IRS Housing and Utilities Standards; mortgage/rental expense</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net mortgage/rental expense</td><td>Subtract Line b from Line a.</td></tr></table> | $ |

| 21 | **Local Standards: housing and utilities; adjustment.**  If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**  You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 22B | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|  | <table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a.</td></tr></table> | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**  Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | |
|  | <table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a.</td></tr></table> | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

B22A (Official Form 22A) (Chapter 7) (04/13)    5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

**Subpart B: Additional Living Expense Deductions**
**Note: Do not include any expenses that you have listed in Lines 19-32**

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table>Total and enter on Line 34.<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$_____ | $ |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|  | <table><tr><td></td><td>Name of Creditor</td><td>Property Securing the Debt</td><td>Average Monthly Payment</td><td>Does payment include taxes or insurance?</td></tr><tr><td>a.</td><td></td><td></td><td>$</td><td>☐yes ☐no</td></tr><tr><td></td><td></td><td></td><td>Total: Add Lines</td><td></td></tr></table> | $ |
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|  | <table><tr><td></td><td>Name of Creditor</td><td>Property Securing the Debt</td><td>1/60th of the Cure Amount</td></tr><tr><td>a.</td><td></td><td></td><td>$</td></tr><tr><td></td><td></td><td></td><td>Total: Add Lines</td></tr></table> | $ |
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|  | <table><tr><td>a.</td><td>Projected average monthly chapter 13 plan payment.</td><td>$</td></tr><tr><td>b.</td><td>Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)</td><td>x</td></tr><tr><td>c.</td><td>Average monthly administrative expense of chapter 13 case</td><td>Total: Multiply Lines a and b</td></tr></table> | $ |
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,475***. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475*, but not more than $12,475*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __**May 15, 2013**__          Signature: __*/s/ Gregory James Adams*__<br><br>          **Gregory James Adams**<br>          *(Debtor)* |

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.