UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

GREGORY JAMES ADAMS,                              Case No. 8:13-bk-06411-CPM
                                                  Chapter 7
            Debtor.
_____/

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

Andrea P. Bauman, as Chapter 7 trustee (the "**Trustee**") for the estate of Gregory James Adams (the "**Debtor**"), by counsel, objects to the claimed exemptions of the Debtor in personal property identified below, and in support of this objection, the Trustee states as follows:

1. On May 15, 2013, the Debtor filed his *Voluntary Petition and Schedules* (Doc. No. 1), which includes Schedule C listing his exemptions.

2. In his Schedule C, the Debtor has claimed as exempt, pursuant to 11 U.S.C. § 522(b)(3)(B) and the doctrine of tenancy by the entirety ("**TBE**"), one hundred percent (100%) of his interest in the following personal property:

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| Timeshare – CA<br>Marriott Shadow Ridge<br>9003 Shadow Ridge Rd.<br>Palm Desert, CA 92211 | 11 U.S.C. § 522(b)(3)(B) | 2,000.00 | 2,000.00 |
| Timeshare – FL<br>Marriott Sabal Palms<br>8805 World Center Drive<br>Orlando, FL 32821 | 11 U.S.C. § 522(b)(3)(B) | 0.00 | 1,500.00 |

3. The Trustee has requested documents evidencing the Debtor's tenancy by the entireties ownership in the timeshares. To the extent both or either of the timeshares are not

owned by both the Debtor and his spouse, the Trustee objects to such exemptions.

4. Also, based on Trustee's review, one or more of the Debtor's creditors are joint creditors of both the Debtor and his spouse. Accordingly, even if the timeshares are owed by both the Debtor and his spouse, such property is not exempt as to their joint creditors and therefore is subject to administration.

5. Further, certain of the personal property in which the Debtor claims an exemption are not owned by the Debtor directly. Accordingly they are not subject to exemption.

6. As to the remaining personal property, the Trustee objects to the Debtor's exemptions to the extent the value of such property exceeds the statutory exemptions.

WHEREFORE, the Trustee respectfully requests that the Court sustain this Objection and for such other relief as the Court deems appropriate.

DATED this 24th day of July, 2013.

/s/ *Suzy Tate*
Suzy Tate
Florida Bar No. 22071
**Suzy Tate, P.A.**
14502 N. Dale Mabry, Ste 200
Tampa, FL 33618
Telephone: (813) 264-1685
Facsimile: (813) 264-1690
suzy@suzytate.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Objection* has been furnished via the Court's CM/ECF Service, and/or U.S. Mail, to the **United States Trustee,** Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602; **Gregory James Adams**, 2951 Yucca Ct., Palm Harbor, FL 34684; **Joryn Jenkins**, Joryn Jenkins & Associates, 3839 West Kennedy Boulevard, Tampa, FL 33609; and all other parties that receive service via CM/ECF on this 24th day of July 2013.

/s/ *Suzy Tate*
Suzy Tate